**SCHEDULE A**

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 1 | Aliexpress | Outdoor on the road dropshipping Store | 1100636475 | 3256808885554135 | VA 2-450-964 VA 2-450-965 |
| 2 | Aliexpress | easygoing4 | 1100839907 | 3256808898376408 | VA 2-450-964 VA 2-450-965 |
| 3 | Aliexpress | Bluenight Outdoors Store | 1100906089 | 3256808898219859 | VA 2-450-964 VA 2-450-965 |
| 4 | Aliexpress | Outdoor SuperTop Store | 1100927300 | 3256808774138309 | VA 2-450-964 VA 2-450-965 |
| 5 | Aliexpress | Enjoying Exercise Store | 1101314463 | 3256808854480725 | VA 2-450-964 VA 2-450-965 |
|  |  |  |  | 3256808983080406 | VA 2-450-964 VA 2-450-965 |
| 6 | Aliexpress | Different experience Store | 1101349858 | 3256808840657695 | VA 2-450-964 VA 2-450-965 |
| 7 | Aliexpress | Global Outdoor Sporting Game Store | 1101350674 | 3256808982480837 | VA 2-450-964 VA 2-450-965 |
| 8 | Aliexpress | 1688 Factory Direct Store | 1101351005 | 3256808888790416 | VA 2-450-964 VA 2-450-965 |
| 9 | Aliexpress | Topleader Sport-s Store | 1101361556 | 3256808898135045 | VA 2-450-964 VA 2-450-965 |
| 10 | Aliexpress | ProOutdoor Store | 1101362722 | 3256808952054392 | VA 2-450-964 VA 2-450-965 |
| 11 | Aliexpress | Home-Treasure Store | 1101370893 | 3256808891264552 | VA 2-450-964 VA 2-450-965 |
| 12 | Aliexpress | Keep-Real World Store | 1101371092 | 3256808900655717 | VA 2-450-964 VA 2-450-965 |
| 13 | Aliexpress | TOP AE Mall Store | 1101371858 | 3256808798669376 | VA 2-450-964 VA 2-450-965 |
| 14 | Aliexpress | Everything for House Store | 1101373087 | 3256808984386527 | VA 2-450-964 VA 2-450-965 |
| 15 | Aliexpress | Outdoor Sportworld Store | 1101401796 | 3256808983060511 | VA 2-450-964 VA 2-450-965 |
| 16 | Aliexpress | HZ Sporting Store | 1101501641 | 3256808991797357 | VA 2-450-964 VA 2-450-965 |
| 17 | Aliexpress | HeiBai Cafe Store | 1101604173 | 3256808865351703 | VA 2-450-964 VA 2-450-965 |

| 18 | Aliexpress | MI XIM Store | 1101617662 | 3256808898190919 | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| 19 | Aliexpress | Healthy Outdoor Games Store | 1101769752 | 3256808773716912 | VA 2-450-964 VA 2-450-965 |
| 20 | Aliexpress | Sport For Me You Her And He Store | 1101778416 | 3256808889955362 | VA 2-450-964 VA 2-450-965 |
| 21 | Aliexpress | GREABUTY Store | 1101814057 | 3256808869665589 | VA 2-450-964 VA 2-450-965 |
| 22 | Aliexpress | mingzihaonan Store | 1101814072 | 3256808874687700 | VA 2-450-964 VA 2-450-965 |
| 23 | Aliexpress | coinsource Store | 1101814693 | 3256808938770233 | VA 2-450-964 VA 2-450-965 |
| 24 | Aliexpress | Outdoor Sports Enthusiasts Store | 1102420821 | 3256808743122725 | VA 2-450-964 VA 2-450-965 |
| 25 | Aliexpress | TOP Smart Accessory Store | 1102572014 | 3256809312274663 | VA 2-450-964 VA 2-450-965 |
| 26 | Aliexpress | Coldrain Tv Box Store | 1102623427 | 3256808918393385 | VA 2-450-964 VA 2-450-965 |
| 27 | Aliexpress | Sporting Dropshipping Co., Ltd. Store | 1102662060 | 3256809231925443 | VA 2-450-964 VA 2-450-965 |
| | | | | 3256808918853767 | VA 2-450-964 VA 2-450-965 |
| 28 | Aliexpress | Multi-category Dropshipping Store | 1102677275 | 3256808901310953 | VA 2-450-964 VA 2-450-965 |
| 29 | Aliexpress | Shop1102811619 Store | 1102808731 | 3256808925872515 | VA 2-450-964 VA 2-450-965 |
| 30 | Aliexpress | Hiking-Exercise Store | 1103035507 | 3256808869505116 | VA 2-450-964 VA 2-450-965 |
| 31 | Aliexpress | Bluenight Outdoors Store | 1103053620 | 3256808898561409 | VA 2-450-964 VA 2-450-965 |
| 32 | Aliexpress | Wenxue Store | 1103068457 | 3256809214875138 | VA 2-450-964 |
| 33 | Aliexpress | TOP Fishing Tools Store | 1103199003 | 3256808766389703 | VA 2-450-964 VA 2-450-965 |
| 34 | Aliexpress | Shunmaii Camping Grounds Store | 1103265501 | 3256808742704026 | VA 2-450-964 VA 2-450-965 |
| 35 | Aliexpress | Fashionable bags online Store | 1103322019 | 3256808900559038 | VA 2-450-964 VA 2-450-965 |

| 36 | Aliexpress | Professional Hardware Tools Store | 1103328459 | 3256808891690004 | VA 2-450-964 VA 2-450-965 |
|----|------------|-----------------------------------|------------|------------------|---------------------------|
| 37 | Aliexpress | 3C Computer Peripheral Store | 1103451057 | 3256808901025842 | VA 2-450-964 VA 2-450-965 |
| 38 | Aliexpress | Daily Supplies Town Store | 1103469685 | 3256808898606329 | VA 2-450-964 VA 2-450-965 |
| 39 | Aliexpress | 3GL02 3C Store | 1103479040 | 325680898454429 | VA 2-450-964 VA 2-450-965 |
| 40 | Aliexpress | NU Smart Tech Store | 1103479550 | 3256808897216370 | VA 2-450-964 VA 2-450-965 |
| 41 | Aliexpress | Home Tool Paradise Store | 1103480507 | 3256808897276129 | VA 2-450-964 VA 2-450-965 |
| 42 | Aliexpress | Electronics-Dropshipping Store | 1103481539 | 3256808897209374 | VA 2-450-964 VA 2-450-965 |
| 43 | Aliexpress | HEYHEY Worldwide Dropshipping Store | 1103482035 | 3256808899684384 | VA 2-450-964 VA 2-450-965 |
| 44 | Aliexpress | Alloet Official Store | 1103486084 | 3256808910245200 | VA 2-450-964 VA 2-450-965 |
| 45 | Aliexpress | Sprinters Outdoor Store | 1103487107 | 3256808918687414 | VA 2-450-964 VA 2-450-965 |
| 46 | Aliexpress | 3C-Elec Dropshipping Store | 1103518059 | 3256808896862242 | VA 2-450-964 VA 2-450-965 |
| 47 | Aliexpress | Motorcycle Equipment Store | 1103519059 | 3256808888929981 | VA 2-450-964 VA 2-450-965 |
| 48 | Aliexpress | Keep-Real World Store | 1103552144 | 3256808900732572 | VA 2-450-964 VA 2-450-965 |
| 49 | Aliexpress | TOP Shopping-market Store | 1103559188 | 3256809348239519 | VA 2-450-964 VA 2-450-965 |
| 50 | Aliexpress | HOSPORT Art House Store | 1103631552 | 3256809016102085 | VA 2-450-964 VA 2-450-965 |
|    |            |                         |            | 3256809016111101 | VA 2-450-964 VA 2-450-965 |
| 51 | Aliexpress | Handicrafts Cross-Stitch Store | 1103632574 | 3256808888903042 | VA 2-450-964 VA 2-450-965 |
| 52 | Aliexpress | Sportworld Store | 1103741940 | 3256809046617003 | VA 2-450-964 VA 2-450-965 |

3

| 53 | Aliexpress | All Categories Factory 01 Store | 1103752279 | 3256809312119241 | VA 2-450-964 VA 2-450-965 |
| 54 | Aliexpress | Shop1103786149 Store | 1103791063 | 3256808992782881 | VA 2-450-964 VA 2-450-965 |
| 55 | Aliexpress | Sportsdiary Store | 1103855126 | 3256808900744533 | VA 2-450-964 VA 2-450-965 |
| 56 | Aliexpress | MBH-GO Store | 1103879712 | 3256808925742708 | VA 2-450-964 VA 2-450-965 |
| 57 | Aliexpress | 3C World AD Store | 1103921204 | 3256809129531122 | VA 2-450-964 VA 2-450-965 |
| 58 | Aliexpress | All Dropshipping Wholesale Store | 1104027138 | 3256808818034012 | VA 2-450-964 VA 2-450-965 |
| 59 | Aliexpress | Shopping Direct Sales Store | 1104056775 | 3256808899398130 | VA 2-450-964 VA 2-450-965 |
| 60 | Aliexpress | MegaMart Online Store | 1104092593 | 3256809015355992 | VA 2-450-964 VA 2-450-965 |
| 61 | Aliexpress | Lively Dwell Studio Store | 1104094321 | 3256808891798773 | VA 2-450-964 VA 2-450-965 |
| 62 | Aliexpress | TrustyFullShip Store | 1104098276 | 3256808918575611 | VA 2-450-964 VA 2-450-965 |
| 63 | Aliexpress | Tea Masters Unopened Letters Store | 1104105396 | 3256808882389490 | VA 2-450-964 VA 2-450-965 |
| 64 | Aliexpress | Excellent Chinese Retailer Store | 1104239022 | 3256808910290726 | VA 2-450-964 VA 2-450-965 |
| 65 | Aliexpress | Adventure Awaits Store | 1104277684 | 3256808982614477 | VA 2-450-964 VA 2-450-965 |
| 66 | Aliexpress | Wait For Blooming Store | 1104309523 | 3256808900600954 | VA 2-450-964 VA 2-450-965 |
| 67 | Aliexpress | Sport Fitness Gear Store | 1104387059 | 3256808741924538 | VA 2-450-964 VA 2-450-965 |
| 68 | Aliexpress | Make Life Great Store | 1104399381 | 3256809016413259 | VA 2-450-964 VA 2-450-965 |
| 69 | Aliexpress | Roaming Home Collective Store | 1104399427 | 3256808882234201 | VA 2-450-964 VA 2-450-965 |
| 70 | Aliexpress | Happy Choic Store | 1104399429 | 3256808896670940 | VA 2-450-964 VA 2-450-965 |
| 71 | Aliexpress | VaiLice Product Direct Store | 1104399430 | 3256809016689471 | VA 2-450-964 VA 2-450-965 |

| 72 | Aliexpress | Keep Advance Store | 1104401103 | 3256808888912047 | VA 2-450-964 VA 2-450-965 |
|----|------------|--------------------|------------|------------------|---------------------------|
| 73 | Aliexpress | Department Direct Sales Store Store | 1104406111 | 3256808897474610 | VA 2-450-964 VA 2-450-965 |
| 74 | Aliexpress | All In One Hito Store | 1104409157 | 3256808918407107 | VA 2-450-964 VA 2-450-965 |
| 75 | Aliexpress | Childhood Fun That Year Store | 1104551951 | 3256808884240724 | VA 2-450-964 VA 2-450-965 |
| 76 | Aliexpress | FlexFit Store | 1104626577 | 3256808910363572 | VA 2-450-964 VA 2-450-965 |
| 77 | Aliexpress | SmartPick Store | 1104682210 | 3256809010342218 | VA 2-450-964 VA 2-450-965 |
| 78 | Amazon | apprunyan | A12EE6WBBBPSH3 | B0F9KVD4H9 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9KY7Y6C | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9KWBYV9 | VA 2-450-964 VA 2-450-965 |
| 79 | Amazon | XINGMISM-USC | A12IIZ8P8QFXN | B0F94746M9 | VA 2-450-964 VA 2-450-965 |
| 80 | Amazon | WEIOO | A1325I5NZSXDZY | B0FBR79F3R | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBR67YDB | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBR69HM9 | VA 2-450-964 VA 2-450-965 |
| 81 | Amazon | Rainfox | A13CDK8M0PY9FG | B0FH48NB3R | VA 2-450-964 VA 2-450-965 |
| 82 | Amazon | HUIBAIJIA | A13EZHBQ22XTS1 | B0F9V7YR66 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9V7X1RV | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9V7BKN7 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9V5RMN3 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9V81H38 | VA 2-450-964 VA 2-450-965 |
| 83 | Amazon | ZHAIS | A13HY9BKFNXLYY | B0F9YPLBQS | VA 2-450-964 |
| 84 | Amazon | lliyongxuan | A141BTAJB4CZ4R | B0F9X9YX5G | VA 2-450-964 VA 2-450-965 |
| 85 | Amazon | xuan yu shop | | B0FBL3L1KS | VA 2-450-964 |

5

| | | | A15RP2M8Q847YP | B0FBL2GZ81 | VA 2-450-964 |
| | | | | B0FBL1WVB7 | VA 2-450-964 |
| 86 | Amazon | MENGHUANFANGDICHAN | A16T2J1XMW1S4V | B0F8V9BTH5 | VA 2-450-964 VA 2-450-965 |
| 87 | Amazon | Giznity | A17E3XBZ3OG0NI | B0FC2WQBL2 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHQPM1SR | VA 2-450-964 VA 2-450-965 |
| 88 | Amazon | xinhaoyixinxizixunfuwu | A17H1K4VCX63LN | B0FB953G1D | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB95YNRD | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB978VNN | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB98DMBH | VA 2-450-964 VA 2-450-965 |
| 89 | Amazon | HDUSKI | A18C5GCN054UHN | B0FDKBLQCX | VA 2-450-964 VA 2-450-965 |
| | | | | B0FDKFWCTW | VA 2-450-964 VA 2-450-965 |
| | | | | B0FDKFV2ND | VA 2-450-964 VA 2-450-965 |
| 90 | Amazon | Hotite | A198KIL6095G82 | B0F9VJ679X | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9VHZ46V | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9VGLZW4 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9VJ1J76 | VA 2-450-964 VA 2-450-965 |
| 91 | Amazon | SkiPdrDa | A1A7HR4MA3UABS | B0F9KNG3M4 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9KHJVWS | VA 2-450-964 VA 2-450-965 |
| 92 | Amazon | XUYANGTING-USE | A1BBRY2BCZBKS1 | B0F943FV7K | VA 2-450-964 VA 2-450-965 |
| 93 | Amazon | WYXHFF | A1D56R7OBA62RX | B0F9P7QG52 | VA 2-450-964 VA 2-450-965 |
| 94 | Amazon | Bagel. | A1E9PNC5S7T7ZH | B0FCXXFN2J | VA 2-450-964 VA 2-450-965 |
| 95 | Amazon | pingjiastore | | B0FBB2WWHJ | VA 2-450-964 VA 2-450-965 |

6

| | | | A1EEA0IT9NWFES | B0FBB9W5VM | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| 96 | Amazon | CQShangmou | A1G14GV4SU7XXS | B0F942Z5Q2 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9423SJT | VA 2-450-964 VA 2-450-965 |
| 97 | Amazon | anhuinantangwenhuachuanmeiyouxiangongsi | A1GXY8AWMSPQLP | B0F9P2CLDT | VA 2-450-964 VA 2-450-965 |
| 98 | Amazon | Goodproduct Store | A1JWWO8RVPGRTD | B0F9WXRS4T | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9WYDTJQ | VA 2-450-964 VA 2-450-965 |
| 99 | Amazon | wuazhou | A1MMFQXOKUKJ9J | B0FDFFX45L | VA 2-450-964 VA 2-450-965 |
| 100 | Amazon | BISHENG STORE | A1N8E5XVCROBN9 | B0FCS4RTGD | VA 2-450-964 VA 2-450-965 |
| | | | | B0FCS3Z38K | VA 2-450-964 VA 2-450-965 |
| | | | | B0FCS5W9LJ | VA 2-450-964 VA 2-450-965 |
| | | | | B0FCS574M1 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FCS58KVC | VA 2-450-964 VA 2-450-965 |
| 101 | Amazon | wangxinrui store | A1P0BP1TGB8N66 | B0F9P5CFZG | VA 2-450-964 |
| 102 | Amazon | WE Road shop | A1QIOE4WZUQW1A | B0F8W466YZ | VA 2-450-964 VA 2-450-965 |
| 103 | Amazon | XINGFUXIANGHUAERYIYANG | A1SJTK1RAQKJV6 | B0F8VBYLTV | VA 2-450-964 VA 2-450-965 |
| 104 | Amazon | iKanzi-US | A1SKKTR9WK4K4T | B0F8VY5SQY | VA 2-450-964 VA 2-450-965 |
| 105 | Amazon | GBUMJ Delivery 7-14 Days | A1SVD8Q09G9UKP | B0F998BC37 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F99CJGCS | VA 2-450-964 VA 2-450-965 |
| 106 | Amazon | bloomylog | A1T0K2QWJ4SRM4 | B0F9F63PB8 | VA 2-450-964 VA 2-450-965 |
| 107 | Amazon | sanyuanqujingzhouwangluokejiyouxiangongsi | A1T844ZEJBTKB1 | B0F9Y86RB1 | VA 2-450-964 |

| | | | | B0F8VK7YPJ | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| 108 | Amazon | baojidujiaoshou | A1UI1XQG9APRFE | B0F8VP2FL6 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F8Z814YZ | VA 2-450-964 VA 2-450-965 |
| | | | | B0F8Z85KNG | VA 2-450-964 VA 2-450-965 |
| | | | | B0F8Z99V5P | VA 2-450-964 VA 2-450-965 |
| 109 | Amazon | WangDeShi LLC | A1UMJIBM4E6BZD | B0F9HFP6H2 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9HHH3XY | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9H7LP44 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9HQB3PB | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9HYLYSB | VA 2-450-964 VA 2-450-965 |
| 110 | Amazon | YWCXSH | A1UT21QOENNSDZ | B0F98MJ1RR | VA 2-450-964 VA 2-450-965 |
| 111 | Amazon | XHYYG | A1YBA3VVJ7J0EI | B0FBMBB8Q4 | VA 2-450-964 |
| 112 | Amazon | Queather/7-15day to arrive storefront | A1Z37UHI1Q1DTO | B0F8V47P7S | VA 2-450-964 VA 2-450-965 |
| 113 | Amazon | YanQingShop | A1Z3RHKFU973OY | B0FDGCQGH8 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FDGCP7HH | VA 2-450-964 VA 2-450-965 |
| | | | | B0FDGFNLM4 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FDGCQQYY | VA 2-450-964 VA 2-450-965 |
| | | | | B0FDGDT1SF | VA 2-450-964 VA 2-450-965 |
| | | | | B0FDGDPWCH | VA 2-450-964 VA 2-450-965 |
| | | | | B0FDGC6KNY | VA 2-450-964 VA 2-450-965 |
| | | | | B0FDGFCLW8 | VA 2-450-964 VA 2-450-965 |
| 114 | Amazon | MakingBank | A1ZNAP0BPS7879 | B0F9WN2W1D | VA 2-450-964 VA 2-450-965 |
| 115 | Amazon | SRunning | | B0F99N59JS | VA 2-450-964 |

8

| | | | | | VA 2-450-965 |
|---|---|---|---|---|---|
| | | | A2136H0O15KKR0 | B0F99PMLNQ | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| | | | | B0F99PVCVQ | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 116 | Amazon | wuyan store | A2306168IUQILS | B0FB3N5RNK | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| | | | | B0FB3KYFQ2 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| | | | | B0FB3L1FXN | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| | | | | B0FB3KSM69 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| | | | | B0FB3LRSCT | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| | | | | B0FB3KWT69 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| | | | | B0FB3LRWP6 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 117 | Amazon | XiangDaoFengLouCunLuKou | A25AY6883EEVON | B0F995TC9R | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 118 | Amazon | GongYeDaXueKeJiYua | A25DALBO5HODZ | B0F8VD8NYF | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| | | | | B0F8VBY127 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| | | | | B0F8VCGS63 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 119 | Amazon | wanrongxiandingfanjunshengyiguopingouxiaozhuanyehezuoshe | A25MHFZ4DHT6LT | B0FHPJ483D | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| | | | | B0F9SZK12Y | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| | | | | B0F9T3H4SK | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 120 | Amazon | GAOSHENGDIANZI | A25RFJQQUVT9W0 | B0FC1MYPVN | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 121 | Amazon | gjdhezwf | A25UW9RIY4KYWJ | B0FBGB6HYT | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| | | | | B0FBGD7N4B | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 122 | Amazon | Dinblex | A26FTW3AQ5RQ6T | B0FB95NHR3 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 123 | Amazon | Kaifachang | A26I577HYOFISQ | B0F99HFKDN | VA 2-450-964 |
| | | | | | VA 2-450-965 |

| 124 | Amazon | chaoshengyuan658 | A27LYZGGL1R93U | B0F9STL2PP | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| 125 | Amazon | LUFAN-US | A283OR9RNJLVXG | B0F8VQBG8Z | VA 2-450-964 VA 2-450-965 |
| 126 | Amazon | zhengzhoubeianouwangluokejiyouxiangongsi | A28C872SP9HYU6 | B0FHXH9NS5 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHXKBT39 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHXP9NJB | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHXPNPDY | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHXPQ22P | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHXT7NS8 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHXTBC4R | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHY28GRZ | VA 2-450-964 VA 2-450-965 |
| 127 | Amazon | CritterCare Store | A28KCI2102T5I3 | B0F9FK6NK7 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9FKTTVD | VA 2-450-964 VA 2-450-965 |
| 128 | Amazon | yaokuo | A28TDNHNZK77IW | B0FB9539VC | VA 2-450-964 VA 2-450-965 |
| 129 | Amazon | ZTGang | A2A73I1GN3X5UV | B0F9LMDDHY | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9LN9BXK | VA 2-450-964 VA 2-450-965 |
| 130 | Amazon | LANQINGKJ | A2AKJ63Y57GTTX | B0FBRKD98L | VA 2-450-964 VA 2-450-965 |
| 131 | Amazon | QianYiHC | A2BXPXMIJP23YU | B0F9WXNS7Y | VA 2-450-964 VA 2-450-965 |
| 132 | Amazon | quyangxianyoutuo | A2CY570LS8CTKB | B0F99WP6VW | VA 2-450-964 VA 2-450-965 |
| | | | | B0F99NZ366 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F99NY8B8 | VA 2-450-964 VA 2-450-965 |
| 133 | Amazon | HongTuShop | A2E6AE51TV7Z8X | B0FBH75TW8 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBH28WH2 | VA 2-450-964 VA 2-450-965 |

10

| | | | | B0FBGZFMPW | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| 134 | Amazon | FuYouYou | A2ENU92T8RSQDC | B0F9YGWJZQ | VA 2-450-964 VA 2-450-965 |
| 135 | Amazon | VENTIGA | A2ESD52QFLORO2 | B0F9WS3RW3 | VA 2-450-964 VA 2-450-965 |
| 136 | Amazon | ming  yong | A2HEHFHOANKPN8 | B0F9JRLLWW | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9KN71DP | VA 2-450-964 VA 2-450-965 |
| 137 | Amazon | kunyidianshang | A2HG3H4SNJCACM | B0FBLQCGCQ | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBLSYYZX | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBLSYYP9 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBLSGVLQ | VA 2-450-964 VA 2-450-965 |
| 138 | Amazon | WXYCNHR | A2I1YDKL84N1FX | B0F94L7X1L | VA 2-450-964 VA 2-450-965 |
| 139 | Amazon | hongdongxianjiaxun dianqifuwuyouxian gongsi | A2J8T6EM4WC1JT | B0FG29S8BJ | VA 2-450-964 VA 2-450-965 |
| | | | | B0FG29638H | VA 2-450-964 VA 2-450-965 |
| 140 | Amazon | XUJINGSHOP | A2K2DP5VOJ2RJC | B0F9KM8JBR | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9KKLX58 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9J5G58S | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9FG56YR | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9W9LP4W | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9P9TMVD | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9FFBMXC | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9KWWS27 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9W8TTTC | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9W886QQ | VA 2-450-964 VA 2-450-965 |

| | | | | B0F9W83KNC | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| | | | | B0F9W7GC4K | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9PHB12C | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9PDC688 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9PBBV1J | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9PC429B | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9PC7F5J | VA 2-450-964 VA 2-450-965 |
| 141 | Amazon | ZhouKouChenRuiShangMaoYouXianGongSi | A2LB1V8WWFFWZX | B0FB472QV6 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB46HPXY | VA 2-450-964 VA 2-450-965 |
| 142 | Amazon | kunzhushangmao | A2LRAMSELAXYO4 | B0F99RG4VG | VA 2-450-964 VA 2-450-965 |
| 143 | Amazon | booboom | A2M76QTQZAHBRY | B0F9FKYGN8 | VA 2-450-964 VA 2-450-965 |
| 144 | Amazon | Kepavo | A2MIKPER4RI9RJ | B0F8VDHCWB | VA 2-450-964 VA 2-450-965 |
| 145 | Amazon | Practical Store | A2NTV2VZS5Q2MG | B0FDGQ865S | VA 2-450-964 VA 2-450-965 |
| | | | | B0FDGP5W5R | VA 2-450-964 VA 2-450-965 |
| 146 | Amazon | WuHanShiGuWuXingYuanJiuDianZiShangWuYouXianGongSi | A2NXD706KYMJLI | B0F944HRB3 | VA 2-450-964 VA 2-450-965 |
| 147 | Amazon | Xp-US | A2OGN7WG1KVDJO | B0FB8MG9Z2 | VA 2-450-964 VA 2-450-965 |
| 148 | Amazon | TAOSMAO | A2Q7G5U0NDWIFB | B0F9PFR3L3 | VA 2-450-964 |
| 149 | Amazon | MY STOEA | A2RNPFY9QFJ12A | B0F9YD521F | VA 2-450-964 VA 2-450-965 |
| 150 | Amazon | HappyPlace For You | A2S7GZUD1GMSNI | B0F91Z987T | VA 2-450-964 VA 2-450-965 |
| | | | | B0F91YDJXZ | VA 2-450-964 VA 2-450-965 |

12

| | | | | | |
|---|---|---|---|---|---|
| 151 | Amazon | smartsungirl | A2SK51OEHJ09DR | B0F8VM4Q5Q | VA 2-450-964<br>VA 2-450-965 |
| 152 | Amazon | nocmosi | A2TSB0M6RY6G53 | B0F91H6VSG | VA 2-450-964<br>VA 2-450-965 |
| 153 | Amazon | Qiiwe | A2V18W5LX45QQV | B0FDVHBC9F | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FDW1VGYH | VA 2-450-964<br>VA 2-450-965 |
| 154 | Amazon | ZHANGLIANGQICHEMAOYI | A2VZEHAKS43RVI | B0F8VJZ2P9 | VA 2-450-964<br>VA 2-450-965 |
| 155 | Amazon | TieLuYingCun | A2WGSAU7PAY0YH | B0F8VV9NG1 | VA 2-450-964<br>VA 2-450-965 |
| 156 | Amazon | MFCMF | A2XS44VFTM8X3B | B0FF25SS6H | VA 2-450-964<br>VA 2-450-965 |
| 157 | Amazon | XMD Co., Ltd. | A2XVAVJLNNPLUQ | B0FC2BWYFB | VA 2-450-964 |
| 158 | Amazon | Ronghui168 | A2YG770UPSHH9V | B0FBFVPL4W | VA 2-450-964 |
| | | | | B0FBG7HRXW | VA 2-450-964 |
| 159 | Amazon | Zcayi® | A2YIFGA6VUN38I | B0F8WRJ6DQ | VA 2-450-964<br>VA 2-450-965 |
| 160 | Amazon | Zhangfeng Department Store0011 | A2YTU74PA3VC9Y | B0FB8Y72KQ | VA 2-450-964<br>VA 2-450-965 |
| 161 | Amazon | Mfxalx | A2Z7HI6G6TCYSY | B0F98RV49K | VA 2-450-964<br>VA 2-450-965 |
| 162 | Amazon | changmingdajiejiaochakou | A30K749RFZAYCV | B0F8ZLMTTR | VA 2-450-964<br>VA 2-450-965 |
| 163 | Amazon | Oia Uany | A3257P470FI0U0 | B0F944S4RW | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F943JTNS | VA 2-450-964<br>VA 2-450-965 |
| 164 | Amazon | 郑倩商贸有限公司 | A329OCEH0SBPJC | B0F9SYF6HN | VA 2-450-964<br>VA 2-450-965 |
| 165 | Amazon | tumengshop | A32AM9UH491CAD | B0F9PVGP9V | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9T916ZZ | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9T7BSGM | VA 2-450-964<br>VA 2-450-965 |

| | | | | B0F9T56N6D | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| | | | | B0F9PYKGXB | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9PTWGF5 | VA 2-450-964 VA 2-450-965 |
| 166 | Amazon | asukemi-US (7-15 Delivery) | A34KPONB6CZFCH | B0F8VCQQRJ | VA 2-450-964 VA 2-450-965 |
| 167 | Amazon | Grdsax-US | A34NRI1RB9KDY4 | B0F8Z7L63R | VA 2-450-964 VA 2-450-965 |
| | | | | B0F8ZQPJVM | VA 2-450-964 VA 2-450-965 |
| | | | | B0F8ZVX1DH | VA 2-450-964 VA 2-450-965 |
| 168 | Amazon | CYGunGun999 | A34Z4JJQBV9P9N | B0F9Y3Z7R6 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9Y77L78 | VA 2-450-964 VA 2-450-965 |
| 169 | Amazon | WeiYuanJianZhu | A370DKDH38GCBA | B0F8VP89TZ | VA 2-450-964 VA 2-450-965 |
| 170 | Amazon | jokeban | A3948QOAOZC3V2 | B0F93XFG3J | VA 2-450-964 VA 2-450-965 |
| 171 | Amazon | CONNYAM Handicrafts | A398L0LNRXVVMT | B0F9WZSQ4B | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9WZXTL9 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9X18CFS | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9X1GQFH | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9X1JRFD | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9X359QC | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9WY7M8S | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9TN9MK5 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9TL1V3K | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9TKTHPV | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9TGFTV6 | VA 2-450-964 VA 2-450-965 |

| | | | | B0F9TGF6SY | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| | | | | B0F9TGDQBZ | VA 2-450-964 VA 2-450-965 |
| 172 | Amazon | hwudewt (Delivery in 7-14 days) | A39KY5RSZSBTVT | B0F8VTDRVL | VA 2-450-964 VA 2-450-965 |
| 173 | Amazon | HEXINGXIN ART SHOP | A39MOPNGSS96WC | B0FBG8V5FB | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBG8RJ17 | VA 2-450-964 VA 2-450-965 |
| 174 | Amazon | Guangzhouweixinshangmaoyouxiangongsi | A39SE34S3AOMKW | B0FF9JLTT9 | VA 2-450-964 VA 2-450-965 |
| 175 | Amazon | MeiXiangYiShang | A3A0CY5SQ3W3MG | B0F8VJFCRW | VA 2-450-964 VA 2-450-965 |
| 176 | Amazon | WeiGiftWare | A3A3FYTWJIWJ8J | B0FJXK1ZDH | VA 2-450-964 VA 2-450-965 |
| | | | | B0FJXF7BPW | VA 2-450-964 VA 2-450-965 |
| | | | | B0FJXDWCT2 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FJX2Y4DR | VA 2-450-964 VA 2-450-965 |
| | | | | B0FJX85X9Q | VA 2-450-964 VA 2-450-965 |
| | | | | B0FJXB3XDB | VA 2-450-964 VA 2-450-965 |
| | | | | B0FJXD6XQK | VA 2-450-964 VA 2-450-965 |
| 177 | Amazon | Lovecomb Life | A3BIALYCTIFUX2 | B0F9YC3GD8 | VA 2-450-964 VA 2-450-965 |
| 178 | Amazon | IZIVE Mall | A3CL0HEL3CNSVA | B0F9X1GV3W | VA 2-450-964 VA 2-450-965 |
| 179 | Amazon | zhangqiangshangmao | A3CWIT40VK891F | B0F9PDLNQP | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9PH9N6C | VA 2-450-964 VA 2-450-965 |
| 180 | Amazon | HKTK-US | A3F5N5APVU6DS5 | B0F996C75D | VA 2-450-964 VA 2-450-965 |
| 181 | Amazon | ENMU | A3GD7U4QWUTWRF | B0FC2DMY7Y | VA 2-450-964 VA 2-450-965 |
| | | | | B0FC2FRHGL | VA 2-450-964 VA 2-450-965 |

| | | | | B0FC2CY5L3 | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| | | | | B0FC2GXTB9 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FC2GXTB8 | VA 2-450-964 VA 2-450-965 |
| 182 | Amazon | wanjisen | A3IBT42U2PS6OK | B0F99KDSRB | VA 2-450-964 VA 2-450-965 |
| 183 | Amazon | KuaMing shop | A3J5RMEL1EFUOW | B0FB3S4VSY | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB3QNTR5 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB3PSS4Q | VA 2-450-964 VA 2-450-965 |
| 184 | Amazon | FL 7-14 delivers | A3JCOGIOHM6IQC | B0FB99PLJP | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB9B8RNZ | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB9BJD4W | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB9CR4HL | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB99LSWK | VA 2-450-964 VA 2-450-965 |
| 185 | Amazon | TFSUDI | A3KE30QZMJ2QEY | B0F9DR45BW | VA 2-450-964 VA 2-450-965 |
| 186 | Amazon | linjinlon | A3KU1B5B2TIWYJ | B0FB3NTKPR | VA 2-450-964 VA 2-450-965 |
| 187 | Amazon | yilexinxiKJ | A3L6B74639YPW9 | B0F9P11DHM | VA 2-450-964 |
| 188 | Amazon | shengguangde | A3L8A2JMC10XAL | B0FGW9SZ4H | VA 2-450-964 VA 2-450-965 |
| 189 | Amazon | haichuankeji | A3LJGZ4FDTXQ0V | B0F9992GG8 | VA 2-450-964 VA 2-450-965 |
| 190 | Amazon | Spoild | A3M6P1JU28WKTZ | B0F8TW7ZCF | VA 2-450-964 VA 2-450-965 |
| 191 | Amazon | OHMY Store | A3O733MD1WHV1K | B0FBV6TPVS | VA 2-450-965 |
| 192 | Amazon | viapulsif | A3QHG8WQ5P4J5Q | B0F9WVZX5W | VA 2-450-964 VA 2-450-965 |
| | | | | B0FLDBC3TZ | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9WT6936 | VA 2-450-964 VA 2-450-965 |

16

| 193 | Amazon | hanyushangm | A3QQOTT0NU3QTE | B0F99DFVMD | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| 194 | Amazon | Wyq457 | A3RK9J6Y1C16D5 | B0FCYCT7R8 | VA 2-450-964 VA 2-450-965 |
| 195 | Amazon | xibeipianbei | A3S1Z9R8ZALUOU | B0F9YL8LLP | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9YJBXX9 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9YMYMRT | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9YLCQXQ | VA 2-450-964 VA 2-450-965 |
| 196 | Amazon | lijiafeng 铭典 | A3SEJTTDLU8EU7 | B0F9W4986D | VA 2-450-964 VA 2-450-965 |
| 197 | Amazon | TuoKaiJianZhuZhuangShi | A3UHWQWLC0ZOKW | B0F98B22TJ | VA 2-450-964 VA 2-450-965 |
| | | | | B0F98YJ6M7 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F98B72RY | VA 2-450-964 VA 2-450-965 |
| 198 | Amazon | DAFANSHU | A3VV6GB42C31LY | B0FB3WJCRC | VA 2-450-964 VA 2-450-965 |
| 199 | Amazon | XinXinLongChengJian | A4582EZ0DEEW2 | B0F8VTTY24 | VA 2-450-964 VA 2-450-965 |
| 200 | Amazon | Viva Astro | A6578JD9M5WMS | B0F9966HW2 | VA 2-450-964 VA 2-450-965 |
| 201 | Amazon | WeiiRongLe | A6ITDSLH9468K | B0FBWTJYH2 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBWQJ8TJ | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBVR8Y4L | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBWQ5NR8 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBWH1232 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBW78JY7 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBWGTPRZ | VA 2-450-964 VA 2-450-965 |
| 202 | Amazon | QINGLEI-A | A7A94YN1NK2A7 | B0FBRFVC1R | VA 2-450-965 |
| 203 | Amazon | | A7P499E79C91S | B0F9PWQBJJ | VA 2-450-964 VA 2-450-965 |

| | | | | B0F9PWHK1Z | VA 2-450-964<br>VA 2-450-965 |
|---|---|---|---|---|---|
| | | SAN DOQUOCTUAN | | B0F9PVZ19B | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9PZN7WS | VA 2-450-964<br>VA 2-450-965 |
| 204 | Amazon | HANYURU | A8B9TXEEBPY3Q | B0F9FXR1M9 | VA 2-450-964<br>VA 2-450-965 |
| 205 | Amazon | duotean | A99XHP7MQ0Y0H | B0FDWD6YXV | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FDWBLMW6 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FDWMVGKC | VA 2-450-964<br>VA 2-450-965 |
| 206 | Amazon | Happy Warrior Zihaoya | AAPXIMT62NE70 | B0F99692TC | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F99867Y7 | VA 2-450-964<br>VA 2-450-965 |
| 207 | Amazon | lkruoeDD | ABL6I88U4324N | B0F9WTXS25 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9WVS645 | VA 2-450-964<br>VA 2-450-965 |
| 208 | Amazon | HWHIEUAIK-US | ABPY1MOVEC1K4 | B0F9F11QYD | VA 2-450-964<br>VA 2-450-965 |
| 209 | Amazon | XuK | ACTUP193D168S | B0FB3LNG4K | VA 2-450-964 |
| 210 | Amazon | InKee | ACZF48NTIK6LF | B0FFMX5KJF | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FFMX9VWB | VA 2-450-964<br>VA 2-450-965 |
| 211 | Amazon | ink2055 | AFVF6TSQ5INK4 | B0FB2FG5YM | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FB3H5R2C | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FB3F4HT3 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FB2CDXLB | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FB337CMN | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9TFSG7M | VA 2-450-964<br>VA 2-450-965 |
| 212 | Amazon | xiuqiaomaoyiyou | AFZOKXW6YYWAA | B0F9ZX12KL | VA 2-450-964<br>VA 2-450-965 |
| 213 | Amazon | dongpingfushi | AIRTBSF9I0U40 | B0FB9GXQCW | VA 2-450-964 |

| | | | | | VA 2-450-965 |
|---|---|---|---|---|---|
| 214 | Amazon | CAIXUE (Delivery 7 - 10 Days) | AJZF1ZU6BXK0B | B0F8VNTZN6 | VA 2-450-964 <br> VA 2-450-965 |
| 215 | Amazon | Office Ajiang | AK0D55IM8R358 | B0F99BXCR2 | VA 2-450-964 <br> VA 2-450-965 |
| 216 | Amazon | MiChengHuaZhuang | AK5NMRTUWMUY1 | B0FH68B51Z | VA 2-450-964 <br> VA 2-450-965 |
| | | | | B0F9XZLXGB | VA 2-450-964 <br> VA 2-450-965 |
| 217 | Amazon | ke pai dian zi | AMK684U059KHF | B0F9F89LPG | VA 2-450-964 <br> VA 2-450-965 |
| | | | | B0F9F9YWYD | VA 2-450-964 <br> VA 2-450-965 |
| 218 | Amazon | PanMedTech Store | AMN9P3BP56ULL | B0FBVTM29M | VA 2-450-964 <br> VA 2-450-965 |
| | | | | B0FBW7QPF5 | VA 2-450-964 <br> VA 2-450-965 |
| | | | | B0FBW3N5GL | VA 2-450-964 <br> VA 2-450-965 |
| | | | | B0FBVX62K9 | VA 2-450-964 <br> VA 2-450-965 |
| 219 | Amazon | YaG | AMOEUH59U5AG4 | B0F9VDNR6R | VA 2-450-964 <br> VA 2-450-965 |
| 220 | Amazon | Ryuuom | AMYBQXHUFV9BL | B0F8VNYVMF | VA 2-450-964 <br> VA 2-450-965 |
| 221 | Amazon | anshizhijianke | ANHJTHH34IBSI | B0F8VVQ1X2 | VA 2-450-964 <br> VA 2-450-965 |
| 222 | Amazon | zhuhaibole | AOB4J5PJN1KNW | B0F9FMFXWF | VA 2-450-964 <br> VA 2-450-965 |
| 223 | Amazon | dongguanliancuidianzikejiyouxiangongsi | AOZPI1MPVJXOH | B0F9FC5KB1 | VA 2-450-964 <br> VA 2-450-965 |
| | | | | B0F9FDGTV2 | VA 2-450-964 <br> VA 2-450-965 |
| 224 | Amazon | kaaka | AQ7X6OKLSWPD0 | B0F8VFK75Z | VA 2-450-964 <br> VA 2-450-965 |
| | | | | B0F8VF3YSV | VA 2-450-964 <br> VA 2-450-965 |
| 225 | Amazon | geru bin | AQKHEHOJV78J7 | B0FB921X22 | VA 2-450-964 <br> VA 2-450-965 |
| 226 | Amazon | VLOGCR | AQS1OZS8X45Z8 | B0F9Z1D6Z4 | VA 2-450-964 <br> VA 2-450-965 |
| | | | | B0F9YYCN1F | VA 2-450-964 <br> VA 2-450-965 |
| | | | | B0F9YYFQ83 | VA 2-450-964 |

19

| | | | | | VA 2-450-965 |
|---|---|---|---|---|---|
| 227 | Amazon | LBYWY | ARVTCX6UKN1K0 | B0F89Z82Y9 | VA 2-450-964 VA 2-450-965 |
| 228 | Amazon | BO HAOMEI | ASWC0QY7P3YIM | B0F99QXH31 | VA 2-450-964 VA 2-450-965 |
| 229 | Amazon | SHUANGYU01 | AT9NQ91N9EEO3 | B0FD3ZTBTD | VA 2-450-964 VA 2-450-965 |
| 230 | Amazon | zhengzhoujinyundianzishangwuyouxiangongsi | AWL2KZEKSNNRO | B0FD7GZRWT | VA 2-450-964 VA 2-450-965 |
| | | | | B0FD7GMPBS | VA 2-450-964 VA 2-450-965 |
| | | | | B0FD7GGZTW | VA 2-450-964 VA 2-450-965 |
| | | | | B0FD7G64SX | VA 2-450-964 VA 2-450-965 |
| 231 | Amazon | Caoqiangser | AY4966661FO2F | B0F9FFBPN6 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9FH2PXQ | VA 2-450-964 VA 2-450-965 |
| 232 | Amazon | sanzhen | AY9AH1599Y8H | B0FBG8X6NM | VA 2-450-964 |
| 233 | eBay | cheng-siai | chengsiai | 177256118510 | VA 2-450-964 VA 2-450-965 |
| 234 | eBay | lianting | cn309a | 405954711292 | VA 2-450-964 VA 2-450-965 |
| 235 | eBay | conscientiou | conscientiou | 405870691555 | VA 2-450-964 VA 2-450-965 |
| 236 | eBay | eudoralfive | eudoralfive | 317071281148 | VA 2-450-964 VA 2-450-965 |
| 237 | eBay | fengwuhu | fengwuhu | 205611679963 | VA 2-450-964 VA 2-450-965 |
| 238 | eBay | goldsaler1 | goldsaler1 | 357163729055 | VA 2-450-964 VA 2-450-965 |
| 239 | eBay | haigouwulian | haigouwulian | 197470861895 | VA 2-450-964 VA 2-450-965 |
| 240 | eBay | digital-home5 | inwi | 286693815031 | VA 2-450-964 VA 2-450-965 |
| 241 | eBay | jyuedi28 | jyuedi28 | 357238215225 | VA 2-450-964 VA 2-450-965 |
| 242 | eBay | jyuedi55 | jyuedi55 | 396769577198 | VA 2-450-964 VA 2-450-965 |
| 243 | eBay | ldxi-43 | ldxi43 | 306402751981 | VA 2-450-964 VA 2-450-965 |
| 244 | eBay | leadhealth | leadhealth | 136048105634 | VA 2-450-964 VA 2-450-965 |

| | | | | |
|---|---|---|---|---|
| 245 | eBay | lianmfs89 | lianmfs89 | 388315169482 | VA 2-450-964 VA 2-450-965 |
| 246 | eBay | lingduo-d | lingduod | 406037196494 | VA 2-450-964 VA 2-450-965 |
| 247 | eBay | ldxi-47 | lxdi47 | 197460631195 | VA 2-450-964 VA 2-450-965 |
| 248 | eBay | maigu29 | maigu29 | 396769556217 | VA 2-450-964 VA 2-450-965 |
| 249 | eBay | mairuida-a | myruishop | 396872338612 | VA 2-450-964 VA 2-450-965 |
| 250 | eBay | niwyw_1 | niwyw1 | 357302753258 | VA 2-450-964 VA 2-450-965 |
| 251 | eBay | anachronismy | restorell | 357393008746 | VA 2-450-964 VA 2-450-965 |
| 252 | eBay | shulong-x | shulongx | 388785132595 | VA 2-450-964 VA 2-450-965 |
| 253 | eBay | szlong14 | szlong14 | 157125378973 | VA 2-450-964 VA 2-450-965 |
| 254 | eBay | zhengl007 | zhengl007 | 357339809086 | VA 2-450-964 |
| 255 | eBay | zhengl008 | zhengl008 | 365769039236 | VA 2-450-964 VA 2-450-965 |
| | | | | 365709681616 | VA 2-450-964 VA 2-450-965 |
| 256 | Other | Civaro | civaroco.com | caddy-clip | VA 2-450-964 VA 2-450-965 |
| 257 | Other | Gimme Golf Tool | gimmegolftool.store | golf-tool | VA 2-450-964 VA 2-450-965 |
| 258 | Other | Glowjovial | glowjovial.com | holder-tool | VA 2-450-964 VA 2-450-965 |
| 259 | Other | CRAZYANT | vailver.com | 3-in-1-golf-cigar-holder-tool | VA 2-450-964 VA 2-450-965 |
| 260 | Shein | looXY | 3051873561 | 143935479 | VA 2-450-964 VA 2-450-965 |
| 261 | Shein | tangjie888 | 5826423908 | 141641654 | VA 2-450-964 VA 2-450-965 |
| | | | | 141655584 | VA 2-450-964 VA 2-450-965 |
| 262 | Shein | ksdfgw | 9275609004 | 141246725 | VA 2-450-964 VA 2-450-965 |
| | | | | 141249903 | VA 2-450-964 VA 2-450-965 |
| 263 | Shein | Ling Yuen | 9855501887 | 139673191 | VA 2-450-964 VA 2-450-965 |
| 264 | Temu | Clodrain | 2958232711220 | 601101317140608 | VA 2-450-964 VA 2-450-965 |

21

| 265 | Temu | Yecl | 634418212010262 | 601101497125532 | VA 2-450-964 VA 2-450-965 |
| 266 | Temu | OutfitFan | 634418212458246 | 601101321692758 | VA 2-450-965 |
| 267 | Temu | SHUMTHREE | 634418212965924 | 601101003982970 | VA 2-450-964 VA 2-450-965 |
| 268 | Temu | XUM | 634418213484950 | 601101094864560 | VA 2-450-964 VA 2-450-965 |
| 269 | Temu | SyunTwo | 634418213826077 | 601101025478368 | VA 2-450-964 VA 2-450-965 |
| 270 | Temu | Magical ZMY | 634418213919835 | 601100981989403 | VA 2-450-964 VA 2-450-965 |
| 271 | Temu | A Tu Up Shop | 634418214797881 | 601101331065141 | VA 2-450-964 VA 2-450-965 |
| 272 | Temu | YayCart | 634418215561441 | 601101717961419 | VA 2-450-964 VA 2-450-965 |
| 273 | Temu | Chosen Son ZZY | 634418215970286 | 601101120943049 | VA 2-450-964 VA 2-450-965 |
| 274 | Temu | Maryage local | 634418216079178 | 601101983685564 | VA 2-450-964 VA 2-450-965 |
| 275 | Temu | Happy Rainny | 634418216149475 | 601101866840602 | VA 2-450-964 VA 2-450-965 |
| 276 | Temu | Two Dollor Shop | 634418216418041 | 601101544482238 | VA 2-450-964 VA 2-450-965 |
| 277 | Temu | Happy Snowman | 634418216445676 | 601101866139556 | VA 2-450-964 VA 2-450-965 |
| 278 | Temu | Happy Cloudy | 634418216445998 | 601101866163593 | VA 2-450-964 VA 2-450-965 |
| 279 | Temu | Lucky Cat K | 634418216475483 | 601101148578245 | VA 2-450-964 VA 2-450-965 |
| 280 | Temu | Ultra Luck | 634418216526011 | 601101866501609 | VA 2-450-964 VA 2-450-965 |
| 281 | Temu | Ultra Healthy | 634418216567676 | 601101866168436 | VA 2-450-964 VA 2-450-965 |
| 282 | Temu | Ultra Wealth | 634418216570441 | 601101866372178 | VA 2-450-964 VA 2-450-965 |
| 283 | Temu | SSKY LCY | 634418216598859 | 601101135385967 | VA 2-450-964 VA 2-450-965 |
| 284 | Temu | Wymfzgyhz | 634418216889418 | 601102390059591 | VA 2-450-964 VA 2-450-965 |
| 285 | Temu | Urlight | 634418216982675 | 601101329916316 | VA 2-450-964 VA 2-450-965 |
| 286 | Temu | FashionClubsXIX | 634418217135727 | 601101410215844 | VA 2-450-964 VA 2-450-965 |
| 287 | Temu | Regulator | 634418217748906 | 601102390711333 | VA 2-450-964 VA 2-450-965 |

| 288 | Temu | ThePickedGoods | 634418217908867 | 601101579703432 | VA 2-450-964 VA 2-450-965 |
| 289 | Temu | JOYPIC | 634418217953819 | 601101848136613 | VA 2-450-964 VA 2-450-965 |
| 290 | Temu | THE SKYLAR | 634418217956655 | 601101704154608 | VA 2-450-964 VA 2-450-965 |
| 291 | Temu | Protective cover | 634418217982607 | 601102390266908 | VA 2-450-964 VA 2-450-965 |
| 292 | Temu | Super Local Goods | 634418217986689 | 601101666924934 | VA 2-450-964 VA 2-450-965 |
| 293 | Temu | jadeum | 634418218091858 | 601102327502939 | VA 2-450-964 VA 2-450-965 |
| 294 | Temu | JUNRY | 634418218092147 | 601102327324262 | VA 2-450-964 VA 2-450-965 |
| 295 | Temu | JUMON | 634418218092312 | 601102327507472 | VA 2-450-964 VA 2-450-965 |
| 296 | Temu | JVONEN | 634418218093440 | 601102327090274 | VA 2-450-964 VA 2-450-965 |
| 297 | Temu | Accom | 634418218095530 | 601102328076022 | VA 2-450-964 VA 2-450-965 |
| 298 | Temu | Awewin | 634418218095722 | 601102327846666 | VA 2-450-964 VA 2-450-965 |
| 299 | Temu | MKWOOL | 634418218101724 | 601102327820840 | VA 2-450-964 VA 2-450-965 |
| 300 | Temu | MKKOOL | 634418218102001 | 601102327329562 | VA 2-450-964 VA 2-450-965 |
| 301 | Temu | MKYOOL | 634418218102203 | 601101256895784 | VA 2-450-964 VA 2-450-965 |
| 302 | Temu | MKSOOL | 634418218102288 | 601102327875831 | VA 2-450-964 VA 2-450-965 |
| 303 | Temu | DiscountGoods | 634418218148065 | 601102126984579 | VA 2-450-964 VA 2-450-965 |
| | | | | 601101544149397 | VA 2-450-964 VA 2-450-965 |
| 304 | Temu | JCNYZ | 634418218159265 | 601101374056910 | VA 2-450-964 VA 2-450-965 |
| 305 | Temu | Asterre | 634418218433549 | 601102327532696 | VA 2-450-964 VA 2-450-965 |
| 306 | Temu | Aquaa | 634418218433628 | 601102327324375 | VA 2-450-964 VA 2-450-965 |
| 307 | Temu | Acaciasa | 634418218433665 | 601102326945058 | VA 2-450-964 VA 2-450-965 |
| 308 | Temu | Very Good Products | 634418218433827 | 601101866183368 | VA 2-450-964 VA 2-450-965 |

| 309 | Temu | Very Helpful Products | 634418218434952 | 601101866860550 | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| 310 | Temu | Jevialla | 634418219045921 | 601102327985798 | VA 2-450-964 VA 2-450-965 |
| 311 | Temu | MKVOOL | 634418219061712 | 601102327910486 | VA 2-450-964 VA 2-450-965 |
| 312 | Temu | Your Best Goods Local | 634418219317899 | 601101354440357 | VA 2-450-964 VA 2-450-965 |
| 313 | Temu | Local Best Goods | 634418219319061 | 601101599655329 | VA 2-450-964 VA 2-450-965 |
| | | | | 601101542277826 | VA 2-450-964 VA 2-450-965 |
| 314 | Temu | LocalGoodHousehold | 634418219365603 | 601101735548213 | VA 2-450-964 VA 2-450-965 |
| 315 | Temu | Jielier | 634418219781614 | 601101645385863 | VA 2-450-964 VA 2-450-965 |
| 316 | Temu | LocalTrendyGoods | 634418220067005 | 601101645665323 | VA 2-450-964 VA 2-450-965 |
| 317 | Temu | HKHUIAN | 634418220188535 | 601101546720962 | VA 2-450-964 VA 2-450-965 |
| 318 | Temu | VigorFit kob | 634418220771716 | 601101769282185 | VA 2-450-964 VA 2-450-965 |
| 319 | Temu | MUMU Goods | 634418220817123 | 601101645246089 | VA 2-450-964 VA 2-450-965 |
| 320 | Temu | Interesting and Happy Shop | 634418220863885 | 601102102126695 | VA 2-450-964 VA 2-450-965 |
| 321 | Temu | LttTrendyGoods | 634418220896164 | 601101647827694 | VA 2-450-964 VA 2-450-965 |
| 322 | Temu | HappyVibe Shop | 634418221137951 | 601101866850630 | VA 2-450-964 VA 2-450-965 |
| 323 | Temu | SunriseHub Shop | 634418221139575 | 601101866895532 | VA 2-450-964 VA 2-450-965 |
| 324 | Temu | HappyPicks | 634418221151310 | 601101390696498 | VA 2-450-964 VA 2-450-965 |
| 325 | Temu | BreezyPick | 634418221242553 | 601101544840744 | VA 2-450-964 VA 2-450-965 |
| 326 | Temu | EZCart | 634418221244358 | 601101388275101 | VA 2-450-964 VA 2-450-965 |
| 327 | Temu | PeakBox | 634418221244375 | 601101552106869 | VA 2-450-964 VA 2-450-965 |
| | | | | 601101389020854 | VA 2-450-964 VA 2-450-965 |
| 328 | Temu | New Helpful | 634418222263032 | 601101866085249 | VA 2-450-964 VA 2-450-965 |

| | | | | 601101388722652 | VA 2-450-964<br>VA 2-450-965 |
|---|---|---|---|---|---|
| 329 | Temu | SmileCart | 634418222426887 | 601101667579029 | VA 2-450-964<br>VA 2-450-965 |
| 330 | Temu | VivaPick | 634418222427403 | 601101390089572 | VA 2-450-964<br>VA 2-450-965 |
| 331 | Temu | SoYoung Shop | 634418222539692 | 601102160038926 | VA 2-450-964<br>VA 2-450-965 |
| | | | | 601102160401125 | VA 2-450-964<br>VA 2-450-965 |
| 332 | Temu | SoVigorous Shop | 634418222542631 | 601101866080150 | VA 2-450-964<br>VA 2-450-965 |
| 333 | Temu | Lunoko | 634418223046403 | 601101438800558 | VA 2-450-964<br>VA 2-450-965 |
| 334 | Temu | ZentoBox | 634418223048133 | 601101557372249 | VA 2-450-964<br>VA 2-450-965 |
| 335 | Temu | InfiPro | 634418223055825 | 601101682978585 | VA 2-450-964<br>VA 2-450-965 |
| 336 | Temu | JQ Global Shop | 634418223597313 | 601101358302653 | VA 2-450-964<br>VA 2-450-965 |
| 337 | Temu | MoonCharms | 634418223630945 | 601101370258818 | VA 2-450-964<br>VA 2-450-965 |
| 338 | Temu | UPZLUTER | 634418223658444 | 601102480645820 | VA 2-450-964<br>VA 2-450-965 |
| 339 | Temu | dgsix Home | 634418223742432 | 601101612620330 | VA 2-450-964<br>VA 2-450-965 |
| 340 | Temu | WellDone Shop | 634418223776606 | 601101866124790 | VA 2-450-964<br>VA 2-450-965 |
| 341 | Temu | Keep progressing | 634418223825007 | 601101866596410 | VA 2-450-964<br>VA 2-450-965 |
| | | | | 601102160112232 | VA 2-450-964<br>VA 2-450-965 |
| 342 | Temu | Very Joyful | 634418223861625 | 601101866855577 | VA 2-450-964<br>VA 2-450-965 |
| 343 | Temu | The GripPro | 634418223887650 | 601102236846485 | VA 2-450-964<br>VA 2-450-965 |
| 344 | Temu | Corner Crate | 634418223960739 | 601101540752454 | VA 2-450-964<br>VA 2-450-965 |
| 345 | Temu | Urban Basker | 634418223962993 | 601102070516869 | VA 2-450-964<br>VA 2-450-965 |
| 346 | Temu | Very Cheerful Shop | 634418224012972 | 601101866795727 | VA 2-450-964<br>VA 2-450-965 |
| 347 | Temu | Very Positive | 634418224027478 | 601101866646054 | VA 2-450-964<br>VA 2-450-965 |
| 348 | Temu | HC Picks | 634418224050786 | 601101472476058 | VA 2-450-964<br>VA 2-450-965 |

| 349 | Temu | Receiving Heaven | 634418224078377 | 601101417651417 | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| 350 | Temu | Martinstthree | 634418224195687 | 601102054693645 | VA 2-450-964 VA 2-450-965 |
| 351 | Temu | bantuoxiaoshangpin | 634418224308183 | 601101752168663 | VA 2-450-964 VA 2-450-965 |
| 352 | Temu | Very Hopeful Shop | 634418224370073 | 601102159874464 | VA 2-450-964 VA 2-450-965 |
| | | | | 601101866496627 | VA 2-450-964 VA 2-450-965 |
| | | | | 601102160247373 | VA 2-450-964 VA 2-450-965 |
| 353 | Temu | Very Optimistic Shop | 634418224370464 | 601101866212586 | VA 2-450-964 VA 2-450-965 |
| 354 | Temu | Hapzio | 634418224444497 | 601101871265598 | VA 2-450-964 VA 2-450-965 |
| | | | | 601101716499957 | VA 2-450-964 VA 2-450-965 |
| 355 | Temu | TwinkleBuy | 634418224533058 | 601101786059523 | VA 2-450-964 VA 2-450-965 |
| 356 | Temu | MOONTEE KOMEN LOCAL | 634418224541002 | 601101791350609 | VA 2-450-964 VA 2-450-965 |
| 357 | Temu | BrightWay Shop | 634418224576958 | 601102160111271 | VA 2-450-964 VA 2-450-965 |
| | | | | 601101866134511 | VA 2-450-964 VA 2-450-965 |
| 358 | Temu | FreshStart Shop | 634418224789463 | 601102160332428 | VA 2-450-964 VA 2-450-965 |
| | | | | 601102160207154 | VA 2-450-964 VA 2-450-965 |
| 359 | Temu | StayStrong | 634418224789708 | 601102159637121 | VA 2-450-964 VA 2-450-965 |
| 360 | Temu | fgfxg | 634418224888535 | 601102696059233 | VA 2-450-964 VA 2-450-965 |
| 361 | Temu | XCJee | 634418225412450 | 601102751503429 | VA 2-450-964 |
| 362 | Walmart | yiyilaifeng | 102484108 | 16602006061 | VA 2-450-964 VA 2-450-965 |
| 363 | Walmart | Rmncdg | 102742516 | 16534755907 | VA 2-450-964 |
| 364 | Walmart | LE66YE | 102748688 | 16537071057 | VA 2-450-964 VA 2-450-965 |
| 365 | Walmart | Exquisite product store | 102777752 | 16608064699 | VA 2-450-964 VA 2-450-965 |
| | | | | 16595057032 | VA 2-450-964 |

| 366 | Walmart | aoting | 102812022 | 16588316610 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 367 | Walmart | huahuaying shop | 102866558 | 16575509489 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 368 | Walmart | honghangstore | 102867826 | 16602652551 | VA 2-450-964 |
| | | | | | VA 2-450-965 |