**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **GIMME GOLF TOOL LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,** <br><br> Defendants. | Civil Action No.: 25-cv-15743 |

**PLAINTIFF'S NOTICE OF AFFILIATES**

Pursuant to Rule 3.2 of the Local Rules for the Northern District of Illinois, Plaintiff Gimme Golf Tool LLC ("Plaintiff") hereby states that the following entities and/or individuals, either directly or indirectly, own 5% or more of Plaintiff:

- Bruce Adam Gilley

DATED December 30, 2025

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*