**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **GIMME GOLF TOOL LLC,** | |
| Plaintiff, | Civil Action No.: 25-cv-15743 |
| v. | Honorable Judge Mary M. Rowland |
| **THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,** | Magistrate Judge Beth W. Jantz |
| Defendants. | |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF TEMPORARY
RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION,
TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff Gimme Golf Tool LLC ("Plaintiff") respectfully requests this Court to enter an *ex parte* temporary restraining order, including a temporary injunction, expedited discovery, and temporary asset restraint against Defendants, enjoining the manufacture, reproduction, importation, distribution, offering for sale, and sale of Infringing Products. The reasons for such are set forth in the filed Memorandum of Law in Support.

DATED January 6, 2026

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*

1