**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **GIMME GOLF TOOL LLC,** | |
| Plaintiff, | Civil Action No.: 25-cv-15743 |
| v. | Honorable Judge Mary M. Rowland |
| **THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,** | Magistrate Judge Beth W. Jantz |
| Defendants. | |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION**

Plaintiff Gimme Golf Tool LLC ("Plaintiff"), by and through Plaintiff's undersigned counsel, respectfully requests that Plaintiff be given leave to file a brief in support of Plaintiff's *Ex Parte* Motion for Temporary Restraining Order [Dkt. No. 18] in excess of 15 pages. As part of Plaintiff's brief, Plaintiff moves this Honorable Court to enter a temporary restraining order on an *ex parte* basis, including a temporary injunction, temporary asset restraint, and expedited discovery.

Plaintiff's brief is only 22 pages, and due to the relief sought, Plaintiff submits that the extra 7 pages is necessary to ensure Plaintiff can address each specific topic.

Plaintiff, therefore, respectfully requests that Plaintiff be granted leave to file a brief in excess of 15 pages.

DATED January 6, 2026             Respectfully submitted,

                                        /s/ Ge (Linda) Lei

1

Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*