**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **GIMME GOLF TOOL LLC,** | |
| Plaintiff, | Civil Action No.: 25-cv-15743 |
| v. | Honorable Judge Mary M. Rowland |
| **THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,** | Magistrate Judge Beth W. Jantz |
| Defendants. | |

**ORDER FOR AUTHORIZATION TO PERFORM ELECTRONIC SERVICE OF
PROCESS UNDER FED. R. CIV. P. 4(f)(3)**

Having considered Plaintiff Gimme Golf Tool LLC's ("Plaintiff") Motion for Alternative Service pursuant to Fed. R. Civ. P. 4(f)(3), it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that, Plaintiff is authorized to make alternative service of the Summonses, the Amended Complaint, and all other relevant filings by Plaintiff or Orders of this Court for which Defendants should be apprised of in this matter upon each Defendant in this action by electronic means as follows:

1. Via email, with the relevant documents as described above attached thereto, to each Defendant through the contact email address(es) identified by the third party online commerce platform discovery, which are associated with each Defendant in conjunction with their respective Seller Alias; or

1

2.  Via website publication, by providing access to copies of the publicly-available documents filed, and discovery served, in this action on a designated website, and providing the link thereto to each Defendant via email through the contact email address(es) identified by the third party online commerce platforms discovery, which are associated with each Defendant in conjunction with their respective Seller Alias.

The Clerk of the Court is directed to issue a single original summons in the name of "The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A" that shall apply to all Defendants.

SO ORDERED.

SIGNED this 8th day of January, 2026.

Chicago, Illinois.

_____
MARY M. ROWLAND
UNITED STATES DISTRICT JUDGE

2