**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **GIMME GOLF TOOL LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**<br><br>Defendants. | Civil Action No.: 25-cv-15743<br><br>Honorable Judge Mary M. Rowland<br><br>Magistrate Judge Beth W. Jantz |

**SEALED TEMPORARY RESTRAINING ORDER**

Plaintiff Gimme Golf Tool LLC ("PLAINTIFF") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order and Other Relief (the "Motion") against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Amended Complaint and attached hereto ("Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS PLAINTIFF's Motion as follows.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, PLAINTIFF has provided a basis to conclude that each Defendant has targeted sales to Illinois residents by setting up and operating an e-commerce store that targets United States consumers using one or more seller alias, offers shipping to the United States, including Illinois, and has likely sold products using infringing versions of

1

PLAINTIFF's federally registered copyrights (the "PLAINTIFF Copyrights") to residents of Illinois. In this case, PLAINTIFF has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and likely do purchase products using infringing versions of the PLAINTIFF Copyrights. *See* Docket Nos. [11-14], which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its infringing goods to customers in Illinois bearing infringing versions of the PLAINTIFF Copyrights. A list of the PLAINTIFF Copyrights is included in the below chart.

| Copyright Registration Nos. | Date of Registration | Date of First Publication |
|---|---|---|
| VA 2-450-964 | July 1, 2025 | February 2025 |
| VA 2-450-965 | July 1, 2025 | February, May, June of 2025, respectively |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because PLAINTIFF has presented specific facts, including in the Declaration of Bruce Adam Gilley, in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts and change or modify account data. Accordingly, this Court orders that:

1.  Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

2

a. using the PLAINTIFF Copyrights or any reproductions, infringing copies, derivatives, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine PLAINTIFF product or not authorized by PLAINTIFF to be sold in connection with the PLAINTIFF Copyrights;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine PLAINTIFF product or any other product produced by PLAINTIFF, that is not PLAINTIFF's or not produced under the authorization, control, or supervision of PLAINTIFF and approved by PLAINTIFF for sale under the PLAINTIFF Copyrights;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of PLAINTIFF, or are sponsored by, approved by, or otherwise connected with PLAINTIFF; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for PLAINTIFF, nor authorized by PLAINTIFF to be sold or offered for sale, and which bear the PLAINTIFF Copyrights or any reproductions, infringing copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. PLAINTIFF is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, which shall be due no later than fourteen (14) days after issuance, related to:

3

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart, Alibaba Group Holding Ltd. ("Alibaba"), Temu, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant

Domain Names and make them inactive and untransferable until further order by this Court.

5. Upon PLAINTIFF's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., Walmart, Temu, PayPal, Stripe, AliExpress, Alibaba, Amazon.com, Inc., Wish.com, and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to PLAINTIFF expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendans' sales and listing history related to their respective Online Marketplaces, showing locations of each sale of the Infringing Products; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Stripe, PayPal, Temu, Walmart, Alipay,

Wish.com, Alibaba, Ant Financial, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

6. Upon PLAINTIFF's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 5, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods using the PLAINTIFF Copyrights.

7. Any Third Party Providers, including Temu, Walmart, PayPal, Stripe, Alipay, Alibaba, Ant Financial, Wish.com, Amazon Pay, and other payment processors or platforms, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases and respective emails, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

8. PLAINTIFF must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

9. PLAINTIFF's Pleading(s) [DOCKET NOS. 2, 10-15] and this Order shall remain sealed until further order by this Court or until the Order expires, whichever occurs earlier.

10. Within seven (7) calendar days of entry of this Order, PLAINTIFF shall deposit with the Court two hundred thousand dollars ($200,000.00), either cash or surety bond, as security,

which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

11.     Any Defendant that is subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

12.     This Temporary Restraining Order without notice is entered at 2:15 PM on this 13th day of January 2026 and shall remain in effect for fourteen (14) calendar days. Any motion to extend this Order must be filed two days prior to expiration thereof.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

# Schedule A

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 1 | Amazon | apprunyan | A12EE6WBBBPSH3 | B0F9KY7Y6C | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9KVD4H9 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9KWBYV9 | VA 2-450-964<br>VA 2-450-965 |
| 2 | Amazon | XINGMISM-USC | A12IIZ8P8QFXN | B0F94746M9 | VA 2-450-964<br>VA 2-450-965 |
| 3 | Amazon | WEIOO | A1325I5NZSXDZY | B0FBR67YDB | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FBR69HM9 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FBR79F3R | VA 2-450-964<br>VA 2-450-965 |
| 4 | Amazon | Rainfox | A13CDK8M0PY9FG | B0FH48NB3R | VA 2-450-964<br>VA 2-450-965 |
| 5 | Amazon | HUIBAIJIA | A13EZHBQ22XTS1 | B0F9V7YR66 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9V7X1RV | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9V7BKN7 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9V5RMN3 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9V81H38 | VA 2-450-964<br>VA 2-450-965 |
| 6 | Amazon | ZHAIS | A13HY9BKFNXLYY | B0F9YPLBQS | VA 2-450-964 |
| 7 | Amazon | lliyongxuan | A141BTAJB4CZ4R | B0F9X9YX5G | VA 2-450-964<br>VA 2-450-965 |
| 8 | Amazon | xuan yu shop | A15RP2M8Q847YP | B0FBL1WVB7 | VA 2-450-964 |
| | | | | B0FBL2GZ81 | VA 2-450-964 |
| | | | | B0FBL3L1KS | VA 2-450-964 |
| 9 | Amazon | MENGHUANFANGDICHAN | A16T2J1XMW1S4V | B0F8V9BTH5 | VA 2-450-964<br>VA 2-450-965 |
| 10 | Amazon | Giznity | A17E3XBZ3OG0NI | B0FC2WQBL2 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FHQPM1SR | VA 2-450-964<br>VA 2-450-965 |
| 11 | Amazon | xinhaoyixinxizixunfuwu | A17H1K4VCX63LN | B0FB953G1D | VA 2-450-964<br>VA 2-450-965 |

8

| | | | | B0FB95YNRD | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| | | | | B0FB978VNN | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB98DMBH | VA 2-450-964 VA 2-450-965 |
| 12 | Amazon | HDUSKI | A18C5GCN054UHN | B0FDKBLQCX | VA 2-450-964 VA 2-450-965 |
| | | | | B0FDKFV2ND | VA 2-450-964 VA 2-450-965 |
| | | | | B0FDKFWCTW | VA 2-450-964 VA 2-450-965 |
| 13 | Amazon | Hotite | A198KIL6095G82 | B0F9VHZ46V | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9VJ679X | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9VJ1J76 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9VGLZW4 | VA 2-450-964 VA 2-450-965 |
| 14 | Amazon | SkiPdrDa | A1A7HR4MA3UABS | B0F9KHJVWS | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9KNG3M4 | VA 2-450-964 VA 2-450-965 |
| 15 | Amazon | XUYANGTING-USE | A1BBRY2BCZBKS1 | B0F943FV7K | VA 2-450-964 VA 2-450-965 |
| 16 | Amazon | WYXHFF | A1D56R7OBA62RX | B0F9P7QG52 | VA 2-450-964 VA 2-450-965 |
| 17 | Amazon | Bagel. | A1E9PNC5S7T7ZH | B0FCXXFN2J | VA 2-450-964 VA 2-450-965 |
| 18 | Amazon | pingjiastore | A1EEA0IT9NWFES | B0FBB9W5VM | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBB2WWHJ | VA 2-450-964 VA 2-450-965 |
| 19 | Amazon | CQShangmou | A1G14GV4SU7XXS | B0F9423SJT | VA 2-450-964 VA 2-450-965 |
| | | | | B0F942Z5Q2 | VA 2-450-964 VA 2-450-965 |
| 20 | Amazon | anhuinantangwenhuachuanmeiyouxiangongsi | A1GXY8AWMSPQLP | B0F9P2CLDT | VA 2-450-964 VA 2-450-965 |
| 21 | Amazon | Goodproduct Store | A1JWWO8RVPGRTD | B0F9WXRS4T | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9WYDTJQ | VA 2-450-964 VA 2-450-965 |

| 22 | Amazon | wuazhou | A1MMFQXOKUKJ9J | B0FDFFX45L | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| 23 | Amazon | BISHENG STORE | A1N8E5XVCROBN9 | B0FCS58KVC | VA 2-450-964 VA 2-450-965 |
| | | | | B0FCS574M1 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FCS4RTGD | VA 2-450-964 VA 2-450-965 |
| | | | | B0FCS3Z38K | VA 2-450-964 VA 2-450-965 |
| | | | | B0FCS5W9LJ | VA 2-450-964 VA 2-450-965 |
| 24 | Amazon | wangxinrui store | A1P0BP1TGB8N66 | B0F9P5CFZG | VA 2-450-964 |
| 25 | Amazon | WE Road shop | A1QIOE4WZUQW1A | B0F8W466YZ | VA 2-450-964 VA 2-450-965 |
| 26 | Amazon | XINGFUXIANGHUAERYIYANG | A1SJTK1RAQKJV6 | B0F8VBYLTV | VA 2-450-964 VA 2-450-965 |
| 27 | Amazon | iKanzi-US | A1SKKTR9WK4K4T | B0F8VY5SQY | VA 2-450-964 VA 2-450-965 |
| 28 | Amazon | GBUMJ Delivery 7-14 Days | A1SVD8Q09G9UKP | B0F998BC37 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F99CJGCS | VA 2-450-964 VA 2-450-965 |
| 29 | Amazon | bloomylog | A1T0K2QWJ4SRM4 | B0F9F63PB8 | VA 2-450-964 VA 2-450-965 |
| 30 | Amazon | sanyuanqujingzhou wangluokejiyouxiangongsi | A1T844ZEJBTKB1 | B0F9Y86RB1 | VA 2-450-964 |
| 31 | Amazon | baojidujiaoshou | A1UI1XQG9APRFE | B0F8VK7YPJ | VA 2-450-964 VA 2-450-965 |
| | | | | B0F8VP2FL6 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F8Z814YZ | VA 2-450-964 VA 2-450-965 |
| | | | | B0F8Z85KNG | VA 2-450-964 VA 2-450-965 |
| | | | | B0F8Z99V5P | VA 2-450-964 VA 2-450-965 |
| 32 | Amazon | WangDeShi LLC | A1UMJIBM4E6BZD | B0F9HYLYSB | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9HQB3PB | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9H7LP44 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9HHH3XY | VA 2-450-964 VA 2-450-965 |

10

| | | | | B0F9HFP6H2 | VA 2-450-964<br>VA 2-450-965 |
|---|---|---|---|---|---|
| 33 | Amazon | YWCXSH | A1UT21QOENNSDZ | B0F98MJ1RR | VA 2-450-964<br>VA 2-450-965 |
| 34 | Amazon | XHYYG | A1YBA3VVJ7J0EI | B0FBMBB8Q4 | VA 2-450-964 |
| 35 | Amazon | Queather/7-15day to arrive storefront | A1Z37UHI1Q1DTO | B0F8V47P7S | VA 2-450-964<br>VA 2-450-965 |
| 36 | Amazon | YanQingShop | A1Z3RHKFU973OY | B0FDGFNLM4 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FDGFCLW8 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FDGDT1SF | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FDGCQQYY | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FDGCQGH8 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FDGCP7HH | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FDGC6KNY | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FDGDPWCH | VA 2-450-964<br>VA 2-450-965 |
| 37 | Amazon | MakingBank | A1ZNAP0BPS7879 | B0F9WN2W1D | VA 2-450-964<br>VA 2-450-965 |
| 38 | Amazon | SRunning | A2136H0O15KKR0 | B0F99PVCVQ | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F99PMLNQ | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F99N59JS | VA 2-450-964<br>VA 2-450-965 |
| 39 | Amazon | wuyan store | A2306168IUQILS | B0FB3KYFQ2 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FB3L1FXN | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FB3KSM69 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FB3LRSCT | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FB3N5RNK | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FB3KWT69 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FB3LRWP6 | VA 2-450-964<br>VA 2-450-965 |

11

| | | | | | |
|---|---|---|---|---|---|
| 40 | Amazon | XiangDaoFengLou CunLuKou | A25AY6883EEVO N | B0F995TC9R | VA 2-450-964 VA 2-450-965 |
| 41 | Amazon | GongYeDaXueKeJi Yua | A25DALBO5HOD Z | B0F8VCGS63 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F8VBY127 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F8VD8NYF | VA 2-450-964 VA 2-450-965 |
| 42 | Amazon | wanrongxiandingfa njunshengyiguoping ouxiaozhuanyehezu oshe | A25MHFZ4DHT6L T | B0F9SZK12Y | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHPJ483D | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9T3H4SK | VA 2-450-964 VA 2-450-965 |
| 43 | Amazon | GAOSHENGDIAN ZI | A25RFJQQUVT9 W0 | B0FC1MYPVN | VA 2-450-964 VA 2-450-965 |
| 44 | Amazon | gjdhezwf | A25UW9RIY4KY WJ | B0FBGD7N4B | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBGB6HYT | VA 2-450-964 VA 2-450-965 |
| 45 | Amazon | Dinblex | A26FTW3AQ5RQ6 T | B0FB95NHR3 | VA 2-450-964 VA 2-450-965 |
| 46 | Amazon | Kaifachang | A26I577HYOFISQ | B0F99HFKDN | VA 2-450-964 VA 2-450-965 |
| 47 | Amazon | chaoshengyuan658 | A27LYZGGL1R93 U | B0F9STL2PP | VA 2-450-964 VA 2-450-965 |
| 48 | Amazon | LUFAN-US | A283OR9RNJLVX G | B0F8VQBG8Z | VA 2-450-964 VA 2-450-965 |
| 49 | Amazon | zhengzhoubeianouw angluokejiyouxiang ongsi | A28C872SP9HYU6 | B0FHXPNPDY | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHXPQ22P | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHXT7NS8 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHXTBC4R | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHY28GRZ | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHXP9NJB | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHXKBT39 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHXH9NS5 | VA 2-450-964 VA 2-450-965 |
| 50 | Amazon | CritterCare Store | A28KCI2102T5I3 | B0F9FK6NK7 | VA 2-450-964 VA 2-450-965 |

12

| | | | | B0F9FKTTVD | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| 51 | Amazon | yaokuo | A28TDNHNZK77IW | B0FB9539VC | VA 2-450-964 VA 2-450-965 |
| 52 | Amazon | ZTGang | A2A73I1GN3X5UV | B0F9LMDDHY | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9LN9BXK | VA 2-450-964 VA 2-450-965 |
| 53 | Amazon | LANQINGKJ | A2AKJ63Y57GTTX | B0FBRKD98L | VA 2-450-964 VA 2-450-965 |
| 54 | Amazon | QianYiHC | A2BXPXMIJP23YU | B0F9WXNS7Y | VA 2-450-964 VA 2-450-965 |
| 55 | Amazon | quyangxianyoutuo | A2CY570LS8CTKB | B0F99NY8B8 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F99NZ366 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F99WP6VW | VA 2-450-964 VA 2-450-965 |
| 56 | Amazon | HongTuShop | A2E6AE51TV7Z8X | B0FBGZFMPW | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBH75TW8 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBH28WH2 | VA 2-450-964 VA 2-450-965 |
| 57 | Amazon | FuYouYou | A2ENU92T8RSQDC | B0F9YGWJZQ | VA 2-450-964 VA 2-450-965 |
| 58 | Amazon | VENTIGA | A2ESD52QFLORO2 | B0F9WS3RW3 | VA 2-450-964 VA 2-450-965 |
| 59 | Amazon | ming yong | A2HEHFHOANKPN8 | B0F9KN71DP | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9JRLLWW | VA 2-450-964 VA 2-450-965 |
| 60 | Amazon | kunyidianshang | A2HG3H4SNJCACM | B0FBLSYYZX | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBLSYYP9 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBLQCGCQ | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBLSGVLQ | VA 2-450-964 VA 2-450-965 |
| 61 | Amazon | WXYCNHR | A2I1YDKL84N1FX | B0F94L7X1L | VA 2-450-964 VA 2-450-965 |
| 62 | Amazon | hongdongxianjiaxun dianqifuwuyouxian gongsi | A2J8T6EM4WC1JT | B0FG29S8BJ | VA 2-450-964 VA 2-450-965 |
| | | | | B0FG29638H | VA 2-450-964 VA 2-450-965 |

13

| | | | | B0F9PDC688 | VA 2-450-964<br>VA 2-450-965 |
|---|---|---|---|---|---|
| 63 | Amazon | XUJINGSHOP | A2K2DP5VOJ2RJC | B0F9PC7F5J | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9FFBMXC | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9P9TMVD | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9PHB12C | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9W7GC4K | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9W83KNC | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9W886QQ | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9W8TTTC | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9KWWS27 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9PBBV1J | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9KM8JBR | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9PC429B | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9W9LP4W | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9FG56YR | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9KKLX58 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9J5G58S | VA 2-450-964<br>VA 2-450-965 |
| 64 | Amazon | ZhouKouChenRuiShangMaoYouXianGongSi | A2LB1V8WWFFWZX | B0FB46HPXY | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FB472QV6 | VA 2-450-964<br>VA 2-450-965 |
| 65 | Amazon | kunzhushangmao | A2LRAMSELAXYO4 | B0F99RG4VG | VA 2-450-964<br>VA 2-450-965 |
| 66 | Amazon | booboom | A2M76QTQZAHBRY | B0F9FKYGN8 | VA 2-450-964<br>VA 2-450-965 |
| 67 | Amazon | Kepavo | A2MIKPER4RI9RJ | B0F8VDHCWB | VA 2-450-964<br>VA 2-450-965 |
| 68 | Amazon | Practical Store | A2NTV2VZS5Q2MG | B0FDGQ865S | VA 2-450-964<br>VA 2-450-965 |

14

| | | | | B0FDGP5W5R | VA 2-450-964<br>VA 2-450-965 |
|---|---|---|---|---|---|
| 69 | Amazon | WuHanShiGuWuXingYuanJiuDianZiShangWuYouXianGongSi | A2NXD706KYMJLI | B0F944HRB3 | VA 2-450-964<br>VA 2-450-965 |
| 70 | Amazon | Xp-US | A2OGN7WG1KVDJO | B0FB8MG9Z2 | VA 2-450-964<br>VA 2-450-965 |
| 71 | Amazon | TAOSMAO | A2Q7G5U0NDWIFB | B0F9PFR3L3 | VA 2-450-964 |
| 72 | Amazon | MY STOEA | A2RNPFY9QFJ12A | B0F9YD521F | VA 2-450-964<br>VA 2-450-965 |
| 73 | Amazon | HappyPlace For You | A2S7GZUD1GMSNI | B0F91YDJXZ | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F91Z987T | VA 2-450-964<br>VA 2-450-965 |
| 74 | Amazon | smartsungirl | A2SK51OEHJ09DR | B0F8VM4Q5Q | VA 2-450-964<br>VA 2-450-965 |
| 75 | Amazon | nocmosi | A2TSB0M6RY6G53 | B0F91H6VSG | VA 2-450-964<br>VA 2-450-965 |
| 76 | Amazon | Qiiwe | A2V18W5LX45QQV | B0FDW1VGYH | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FDVHBC9F | VA 2-450-964<br>VA 2-450-965 |
| 77 | Amazon | ZHANGLIANGQICHEMAOYI | A2VZEHAKS43RVI | B0F8VJZ2P9 | VA 2-450-964<br>VA 2-450-965 |
| 78 | Amazon | TieLuYingCun | A2WGSAU7PAY0YH | B0F8VV9NG1 | VA 2-450-964<br>VA 2-450-965 |
| 79 | Amazon | MFCMF | A2XS44VFTM8X3B | B0FF25SS6H | VA 2-450-964<br>VA 2-450-965 |
| 80 | Amazon | XMD Co., Ltd. | A2XVAVJLNNPLUQ | B0FC2BWYFB | VA 2-450-964 |
| 81 | Amazon | Ronghui168 | A2YG770UPSHH9V | B0FBFVPL4W | VA 2-450-964 |
| | | | | B0FBG7HRXW | VA 2-450-964 |
| 82 | Amazon | Zcayi® | A2YIFGA6VUN38I | B0F8WRJ6DQ | VA 2-450-964<br>VA 2-450-965 |
| 83 | Amazon | Zhangfeng Department Store0011 | A2YTU74PA3VC9Y | B0FB8Y72KQ | VA 2-450-964<br>VA 2-450-965 |
| 84 | Amazon | Mfxalx | A2Z7HI6G6TCYSY | B0F98RV49K | VA 2-450-964<br>VA 2-450-965 |
| 85 | Amazon | changmingdajiejiaochakou | A30K749RFZAYCV | B0F8ZLMTTR | VA 2-450-964<br>VA 2-450-965 |
| 86 | Amazon | Oia Uany | A3257P470FI0U0 | B0F944S4RW | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F943JTNS | VA 2-450-964 |

15

| | | | | VA 2-450-965 |
|---|---|---|---|---|
| 87 | Amazon | 郑倩商贸有限公司 | A329OCEH0SBPJC | B0F9SYF6HN | VA 2-450-964<br>VA 2-450-965 |
| 88 | Amazon | tumengshop | A32AM9UH491CAD | B0F9PVGP9V | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9PTWGF5 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9PYKGXB | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9T916ZZ | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9T7BSGM | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9T56N6D | VA 2-450-964<br>VA 2-450-965 |
| 89 | Amazon | asukemi-US (7-15 Delivery) | A34KPONB6CZFCH | B0F8VCQQRJ | VA 2-450-964<br>VA 2-450-965 |
| 90 | Amazon | Grdsax-US | A34NRI1RB9KDY4 | B0F8ZVX1DH | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F8ZQPJVM | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F8Z7L63R | VA 2-450-964<br>VA 2-450-965 |
| 91 | Amazon | CYGunGun999 | A34Z4JJQBV9P9N | B0F9Y77L78 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9Y3Z7R6 | VA 2-450-964<br>VA 2-450-965 |
| 92 | Amazon | WeiYuanJianZhu | A370DKDH38GCBA | B0F8VP89TZ | VA 2-450-964<br>VA 2-450-965 |
| 93 | Amazon | jokeban | A3948QOAOZC3V2 | B0F93XFG3J | VA 2-450-964<br>VA 2-450-965 |
| 94 | Amazon | CONNYAM Handicrafts | A398L0LNRXVVMT | B0F9TGDQBZ | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9TGF6SY | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9TGFTV6 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9TKTHPV | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9TL1V3K | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9TN9MK5 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9WY7M8S | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9WZSQ4B | VA 2-450-964 |

16

| | | | | | |
|---|---|---|---|---|---|
| | | | | | VA 2-450-965 |
| | | | | B0F9WZXTL9 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9X18CFS | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9X1GQFH | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9X1JRFD | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9X359QC | VA 2-450-964 VA 2-450-965 |
| 95 | Amazon | hwudewt (Delivery in 7-14 days) | A39KY5RSZSBTVT | B0F8VTDRVL | VA 2-450-964 VA 2-450-965 |
| 96 | Amazon | HEXINGXIN ART SHOP | A39MOPNGSS96WC | B0FBG8V5FB | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBG8RJ17 | VA 2-450-964 VA 2-450-965 |
| 97 | Amazon | Guangzhouweixinshangmaoyouxiangongsi | A39SE34S3AOMKW | B0FF9JLTT9 | VA 2-450-964 VA 2-450-965 |
| 98 | Amazon | MeiXiangYiShang | A3A0CY5SQ3W3MG | B0F8VJFCRW | VA 2-450-964 VA 2-450-965 |
| 99 | Amazon | WeiGiftWare | A3A3FYTWJIWJ8J | B0FJXK1ZDH | VA 2-450-964 VA 2-450-965 |
| | | | | B0FJXF7BPW | VA 2-450-964 VA 2-450-965 |
| | | | | B0FJXDWCT2 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FJXD6XQK | VA 2-450-964 VA 2-450-965 |
| | | | | B0FJXB3XDB | VA 2-450-964 VA 2-450-965 |
| | | | | B0FJX85X9Q | VA 2-450-964 VA 2-450-965 |
| | | | | B0FJX2Y4DR | VA 2-450-964 VA 2-450-965 |
| 100 | Amazon | Lovecomb Life | A3BIALYCTIFUX2 | B0F9YC3GD8 | VA 2-450-964 VA 2-450-965 |
| 101 | Amazon | IZIVE Mall | A3CL0HEL3CNSVA | B0F9X1GV3W | VA 2-450-964 VA 2-450-965 |
| 102 | Amazon | zhangqiangshangmao | A3CWIT40VK891F | B0F9PDLNQP | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9PH9N6C | VA 2-450-964 VA 2-450-965 |
| 103 | Amazon | HKTK-US | A3F5N5APVU6DS5 | B0F996C75D | VA 2-450-964 VA 2-450-965 |

17

| | | | | |
|---|---|---|---|---|
| 104 | Amazon | ENMU | A3GD7U4QWUTWRF | B0FC2DMY7Y | VA 2-450-964 VA 2-450-965 |
| | | | | B0FC2FRHGL | VA 2-450-964 VA 2-450-965 |
| | | | | B0FC2GXTB8 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FC2GXTB9 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FC2CY5L3 | VA 2-450-964 VA 2-450-965 |
| 105 | Amazon | wanjisen | A3IBT42U2PS6OK | B0F99KDSRB | VA 2-450-964 VA 2-450-965 |
| 106 | Amazon | KuaMing shop | A3J5RMEL1EFUOW | B0FB3S4VSY | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB3QNTR5 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB3PSS4Q | VA 2-450-964 VA 2-450-965 |
| 107 | Amazon | FL 7-14 delivers | A3JCOGIOHM6IQC | B0FB9BJD4W | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB9B8RNZ | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB99PLJP | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB9CR4HL | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB99LSWK | VA 2-450-964 VA 2-450-965 |
| 108 | Amazon | TFSUDI | A3KE30QZMJ2QEY | B0F9DR45BW | VA 2-450-964 VA 2-450-965 |
| 109 | Amazon | linjinlon | A3KU1B5B2TIWYJ | B0FB3NTKPR | VA 2-450-964 VA 2-450-965 |
| 110 | Amazon | yilexinxiKJ | A3L6B74639YPW9 | B0F9P11DHM | VA 2-450-964 |
| 111 | Amazon | shengguangde | A3L8A2JMC10XAL | B0FGW9SZ4H | VA 2-450-964 VA 2-450-965 |
| 112 | Amazon | haichuankeji | A3LJGZ4FDTXQ0V | B0F9992GG8 | VA 2-450-964 VA 2-450-965 |
| 113 | Amazon | Spoild | A3M6P1JU28WKTZ | B0F8TW7ZCF | VA 2-450-964 VA 2-450-965 |
| 114 | Amazon | OHMY Store | A3O733MD1WHV1K | B0FBV6TPVS | VA 2-450-965 |
| 115 | Amazon | viapulsif | A3QHG8WQ5P4J5Q | B0F9WT6936 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9WVZX5W | VA 2-450-964 VA 2-450-965 |
| | | | | B0FLDBC3TZ | VA 2-450-964 |

18

| | | | | | VA 2-450-965 |
|---|---|---|---|---|---|
| 116 | Amazon | hanyushangm | A3QQOTT0NU3QTE | B0F99DFVMD | VA 2-450-964<br>VA 2-450-965 |
| 117 | Amazon | Wyq457 | A3RK9J6Y1C16D5 | B0FCYCT7R8 | VA 2-450-964<br>VA 2-450-965 |
| 118 | Amazon | xibeipianbei | A3S1Z9R8ZALUOU | B0F9YL8LLP | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9YJBXX9 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9YMYMRT | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9YLCQXQ | VA 2-450-964<br>VA 2-450-965 |
| 119 | Amazon | lijiafeng铭典 | A3SEJTTDLU8EU7 | B0F9W4986D | VA 2-450-964<br>VA 2-450-965 |
| 120 | Amazon | TuoKaiJianZhuZhuangShi | A3UHWQWLC0ZOKW | B0F98B22TJ | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F98YJ6M7 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F98B72RY | VA 2-450-964<br>VA 2-450-965 |
| 121 | Amazon | DAFANSHU | A3VV6GB42C31LY | B0FB3WJCRC | VA 2-450-964<br>VA 2-450-965 |
| 122 | Amazon | XinXinLongChengJian | A4582EZ0DEEW2 | B0F8VTTY24 | VA 2-450-964<br>VA 2-450-965 |
| 123 | Amazon | Viva Astro | A6578JD9M5WMS | B0F9966HW2 | VA 2-450-964<br>VA 2-450-965 |
| 124 | Amazon | WeiiRongLe | A6ITDSLH9468K | B0FBW78JY7 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FBWQ5NR8 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FBWQJ8TJ | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FBWGTPRZ | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FBWH1232 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FBWTJYH2 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FBVR8Y4L | VA 2-450-964<br>VA 2-450-965 |
| 125 | Amazon | QINGLEI-A | A7A94YN1NK2A7 | B0FBRFVC1R | VA 2-450-965 |
| 126 | Amazon | SAN DOQUOCTUAN | A7P499E79C91S | B0F9PWQBJJ | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9PWHK1Z | VA 2-450-964<br>VA 2-450-965 |

19

| | | | | B0F9PVZ19B | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| | | | | B0F9PZN7WS | VA 2-450-964 VA 2-450-965 |
| 127 | Amazon | HANYURU | A8B9TXEEBPY3Q | B0F9FXR1M9 | VA 2-450-964 VA 2-450-965 |
| 128 | Amazon | duotean | A99XHP7MQ0Y0H | B0FDWD6YXV | VA 2-450-964 VA 2-450-965 |
| | | | | B0FDWBLMW6 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FDWMVGKC | VA 2-450-964 VA 2-450-965 |
| 129 | Amazon | Happy Warrior Zihaoya | AAPXIMT62NE70 | B0F99867Y7 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F99692TC | VA 2-450-964 VA 2-450-965 |
| 130 | Amazon | lkruoeDD | ABL6I88U4324N | B0F9WTXS25 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9WVS645 | VA 2-450-964 VA 2-450-965 |
| 131 | Amazon | HWHIEUAIK-US | ABPY1MOVEC1K4 | B0F9F11QYD | VA 2-450-964 VA 2-450-965 |
| 132 | Amazon | XuK | ACTUP193D168S | B0FB3LNG4K | VA 2-450-964 |
| 133 | Amazon | InKee | ACZF48NTIK6LF | B0FFMX9VWB | VA 2-450-964 VA 2-450-965 |
| | | | | B0FFMX5KJF | VA 2-450-964 VA 2-450-965 |
| 134 | Amazon | ink2055 | AFVF6TSQ5INK4 | B0FB337CMN | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB3F4HT3 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB2CDXLB | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB2FG5YM | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB3H5R2C | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9TFSG7M | VA 2-450-964 VA 2-450-965 |
| 135 | Amazon | xiuqiaomaoyiyou | AFZOKXW6YYWAA | B0F9ZX12KL | VA 2-450-964 VA 2-450-965 |
| 136 | Amazon | dongpingfushi | AIRTBSF9I0U40 | B0FB9GXQCW | VA 2-450-964 VA 2-450-965 |
| 137 | Amazon | CAIXUE (Delivery 7 - 10 Days) | AJZF1ZU6BXK0B | B0F8VNTZN6 | VA 2-450-964 VA 2-450-965 |
| 138 | Amazon | Office Ajiang | AK0D55IM8R358 | B0F99BXCR2 | VA 2-450-964 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | VA 2-450-965 |
| 139 | Amazon | MiChengHuaZhuang | AK5NMRTUWMUY1 | B0F9XZLXGB | VA 2-450-964 VA 2-450-965 |
| | | | | B0FH68B51Z | VA 2-450-964 VA 2-450-965 |
| 140 | Amazon | ke pai dian zi | AMK684U059KHF | B0F9F89LPG | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9F9YWYD | VA 2-450-964 VA 2-450-965 |
| 141 | Amazon | PanMedTech Store | AMN9P3BP56ULL | B0FBVTM29M | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBW7QPF5 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBW3N5GL | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBVX62K9 | VA 2-450-964 VA 2-450-965 |
| 142 | Amazon | YaG | AMOEUH59U5AG4 | B0F9VDNR6R | VA 2-450-964 VA 2-450-965 |
| 143 | Amazon | Ryuuom | AMYBQXHUFV9BL | B0F8VNYVMF | VA 2-450-964 VA 2-450-965 |
| 144 | Amazon | anshizhijianke | ANHJTHH34IBSI | B0F8VVQ1X2 | VA 2-450-964 VA 2-450-965 |
| 145 | Amazon | zhuhaibole | AOB4J5PJN1KNW | B0F9FMFXWF | VA 2-450-964 VA 2-450-965 |
| 146 | Amazon | dongguanliancuidianzikejiyouxiangongsi | AOZPI1MPVJXOH | B0F9FDGTV2 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9FC5KB1 | VA 2-450-964 VA 2-450-965 |
| 147 | Amazon | kaaka | AQ7X6OKLSWPD0 | B0F8VFK75Z | VA 2-450-964 VA 2-450-965 |
| | | | | B0F8VF3YSV | VA 2-450-964 VA 2-450-965 |
| 148 | Amazon | geru bin | AQKHEHOJV78J7 | B0FB921X22 | VA 2-450-964 VA 2-450-965 |
| 149 | Amazon | VLOGCR | AQS1OZS8X45Z8 | B0F9Z1D6Z4 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9YYFQ83 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9YYCN1F | VA 2-450-964 VA 2-450-965 |
| 150 | Amazon | LBYWY | ARVTCX6UKN1K0 | B0F89Z82Y9 | VA 2-450-964 VA 2-450-965 |
| 151 | Amazon | BO HAOMEI | ASWC0QY7P3YIM | B0F99QXH31 | VA 2-450-964 VA 2-450-965 |
| 152 | Amazon | SHUANGYU01 | AT9NQ91N9EEO3 | B0FD3ZTBTD | VA 2-450-964 |

| | | | | VA 2-450-965 |
|---|---|---|---|---|
| 153 | Amazon | zhengzhoujinyundianzishangwuyouxiangongsi | AWL2KZEKSNNRO | B0FD7G64SX | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| | | | | B0FD7GZRWT | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| | | | | B0FD7GMPBS | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| | | | | B0FD7GGZTW | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 154 | Amazon | Caoqiangser | AY4966661FO2F | B0F9FFBPN6 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| | | | | B0F9FH2PXQ | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 155 | Amazon | sanzhen | AY9AH1599Y8H | B0FBG8X6NM | VA 2-450-964 |
| 156 | Other | Civaro | civaroco.com | caddy-clip | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 157 | Temu | Clodrain | 2958232711220 | 601101317140608 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 158 | Temu | Yecl | 634418212010262 | 601101497125532 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 159 | Temu | OutfitFan | 634418212458246 | 601101321692758 | VA 2-450-965 |
| 160 | Temu | SHUMTHREE | 634418212965924 | 601101003982970 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 161 | Temu | XUM | 634418213484950 | 601101094864560 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 162 | Temu | SyunTwo | 634418213826077 | 601101025478368 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 163 | Temu | Magical ZMY | 634418213919835 | 601100981989403 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 164 | Temu | A Tu Up Shop | 634418214797881 | 601101331065141 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 165 | Temu | YayCart | 634418215561441 | 601101717961419 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 166 | Temu | Chosen Son ZZY | 634418215970286 | 601101120943049 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 167 | Temu | Maryage local | 634418216079178 | 601101983685564 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 168 | Temu | Happy Cloudy | 634418216445998 | 601101866163593 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 169 | Temu | Lucky Cat K | 634418216475483 | 601101148578245 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 170 | Temu | Ultra Luck | 634418216526011 | 601101866501609 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 171 | Temu | SSKY LCY | 634418216598859 | 601101135385967 | VA 2-450-964 |
| | | | | | VA 2-450-965 |
| 172 | Temu | FashionClubsXIX | 634418217135727 | 601101410215844 | VA 2-450-964 |

22

| | | | | | |
|---|---|---|---|---|---|
| | | | | | VA 2-450-965 |
| 173 | Temu | ThePickedGoods | 634418217908867 | 601101579703432 | VA 2-450-964<br>VA 2-450-965 |
| 174 | Temu | JOYPIC | 634418217953819 | 601101848136613 | VA 2-450-964<br>VA 2-450-965 |
| 175 | Temu | MKYOOL | 634418218102203 | 601101256895784 | VA 2-450-964<br>VA 2-450-965 |
| 176 | Temu | JCNYZ | 634418218159265 | 601101374056910 | VA 2-450-964<br>VA 2-450-965 |
| 177 | Temu | Very Helpful Products | 634418218434952 | 601101866860550 | VA 2-450-964<br>VA 2-450-965 |
| 178 | Temu | LocalGoodHousehold | 634418219365603 | 601101735548213 | VA 2-450-964<br>VA 2-450-965 |
| 179 | Temu | Jielier | 634418219781614 | 601101645385863 | VA 2-450-964<br>VA 2-450-965 |
| 180 | Temu | LocalTrendyGoods | 634418220067005 | 601101645665323 | VA 2-450-964<br>VA 2-450-965 |
| 181 | Temu | HKHUIAN | 634418220188535 | 601101546720962 | VA 2-450-964<br>VA 2-450-965 |
| 182 | Temu | MUMU Goods | 634418220817123 | 601101645246089 | VA 2-450-964<br>VA 2-450-965 |
| 183 | Temu | LttTrendyGoods | 634418220896164 | 601101647827694 | VA 2-450-964<br>VA 2-450-965 |
| 184 | Temu | BreezyPick | 634418221242553 | 601101544840744 | VA 2-450-964<br>VA 2-450-965 |
| 185 | Temu | EZCart | 634418221244358 | 601101388275101 | VA 2-450-964<br>VA 2-450-965 |
| 186 | Temu | PeakBox | 634418221244375 | 601101389020854 | VA 2-450-964<br>VA 2-450-965 |
| | | | | 601101552106869 | VA 2-450-964<br>VA 2-450-965 |
| 187 | Temu | New Helpful | 634418222263032 | 601101866085249 | VA 2-450-964<br>VA 2-450-965 |
| 188 | Temu | SmileCart | 634418222426887 | 601101388722652 | VA 2-450-964<br>VA 2-450-965 |
| | | | | 601101667579029 | VA 2-450-964<br>VA 2-450-965 |
| 189 | Temu | VivaPick | 634418222427403 | 601101390089572 | VA 2-450-964<br>VA 2-450-965 |
| 190 | Temu | Lunoko | 634418223046403 | 601101438800558 | VA 2-450-964<br>VA 2-450-965 |
| 191 | Temu | ZentoBox | 634418223048133 | 601101557372249 | VA 2-450-964<br>VA 2-450-965 |
| 192 | Temu | JQ Global Shop | 634418223597313 | 601101358302653 | VA 2-450-964<br>VA 2-450-965 |
| 193 | Temu | dgsix Home | 634418223742432 | 60110161620330 | VA 2-450-964 |

23

| | | | | |
|---|---|---|---|---|
| | | | | VA 2-450-965 |
| 194 | Temu | Keep progressing | 634418223825007 | 601102160112232 | VA 2-450-964 VA 2-450-965 |
| | | | | 601101866596410 | VA 2-450-964 VA 2-450-965 |
| 195 | Temu | Corner Crate | 634418223960739 | 601101540752454 | VA 2-450-964 VA 2-450-965 |
| 196 | Temu | HC Picks | 634418224050786 | 601101472476058 | VA 2-450-964 VA 2-450-965 |
| 197 | Temu | bantuoxiaoshangpin | 634418224308183 | 601101752168663 | VA 2-450-964 VA 2-450-965 |
| 198 | Temu | Very Hopeful Shop | 634418224370073 | 601102159874464 | VA 2-450-964 VA 2-450-965 |
| | | | | 601101866496627 | VA 2-450-964 VA 2-450-965 |
| | | | | 601102160247373 | VA 2-450-964 VA 2-450-965 |
| 199 | Temu | Hapzio | 634418224444497 | 601101716499957 | VA 2-450-964 VA 2-450-965 |
| | | | | 601101871265598 | VA 2-450-964 VA 2-450-965 |
| 200 | Temu | BrightWay Shop | 634418224576958 | 601101866134511 | VA 2-450-964 VA 2-450-965 |
| | | | | 601102160111271 | VA 2-450-964 VA 2-450-965 |

24