**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **GIMME GOLF TOOL LLC,** | |
| Plaintiff, | Civil Action No.: 25-cv-15743 |
| v. | Honorable Judge Mary M. Rowland |
| **THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,** | Magistrate Judge Beth W. Jantz |
| Defendants. | |

**PLAINTIFF'S MOTION TO EXTEND THE TEMPORARY
RESTRAINING ORDER**

Plaintiff Gimme Golf Tool LLC ("Plaintiff") respectfully requests this Court to extend the Sealed Temporary Restraining Order ("TRO") entered in this matter (Dkt. No. 27) an additional fourteen days, through and including February 10, 2026.

Federal Rule of Civil Procedure 65(b)(2) states that an *ex parte* temporary restraining order "expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period…" Plaintiff believes that sufficient good cause exists to extend the TRO for an additional fourteen days.

Since the entry of the TRO, Plaintiff and Plaintiff's Counsel have worked diligently to comply with the terms of the order. Plaintiff's Counsel has served the TRO on the third parties outlined in Schedule A. The third parties have begun the process of implementing the relief granted in the TRO and gathering limited discovery related to the online accounts listed in Schedule A. However, the third parties have not all yet confirmed the TRO has been fully implemented nor provided Plaintiff with the limited discovery.

1

As described in Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order and Memorandum thereof (Dkt. Nos. 18, 20), in the absence of a restraining order and asset freeze, it is highly likely that Defendants will simply move their ill-gotten funds to accounts and locations outside the reach of the powers of this Court and Plaintiff, and may continue to unlawfully offer Infringing Products under the same or even new seller alias, without any repercussions. Without such an extension, Defendants, like before, can simply evade this Court and Plaintiff.

Further, Plaintiff has not received the limited discovery from each third party, and as a result, Plaintiff is unable to properly serve the Defendants with the Summons or provide adequate notice of Plaintiff's anticipated Motion for Preliminary Injunction Order.

As a result, Plaintiff seeks an extension of time for the third parties to confirm implementation of the TRO and provide Plaintiff with the limited discovery necessary to proceed, including email(s) linked to the seller aliases for Plaintiff to properly serve Defendants.

Therefore, Plaintiff respectfully requests this Court to extend the TRO (Dkt. No. 27) for an additional fourteen days, through and including February 10, 2026.

DATED January 20, 2026

Respectfully submitted,

<u>/s/ Ge (Linda) Lei</u>
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*

2