**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **GIMME GOLF TOOL LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**<br><br>Defendants. | Civil Action No.: 25-cv-15743<br><br>Honorable Judge Mary M. Rowland<br><br>Magistrate Judge Beth W. Jantz |

**MOTION FOR PRELIMINARY INJUNCTION ORDER**

Plaintiff Gimme Golf Tool LLC ("Plaintiff") respectfully requests this Court to enter a Preliminary Injunction Order against the Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A to Plaintiff's Amended Complaint ("Defendants") . The reasons for such are set forth in the filed Memorandum of Law in Support.


DATED January 26, 2026

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633


*ATTORNEY FOR PLAINTIFF*

1