**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **GIMME GOLF TOOL LLC,** | |
| Plaintiff, | |
| v. | Civil Action No.: 25-cv-15743 |
| | Honorable Judge Mary M. Rowland |
| **THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,** | Magistrate Judge Beth W. Jantz |
| Defendants. | |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Gimme Golf Tool LLC ("PLAINTIFF") filed a Motion for Preliminary Injunction Order against the against the fully interactive, e-commerce stores operating under the seller aliases identified on Schedule A to the Amended Complaint and attached hereto ("Defendants") and using at least the domain names identified on Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified on Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS PLAINTIFF's Motion as follows.

This Court finds PLAINTIFF has provided notice to Defendants in accordance with the Temporary Restraining Order ("TRO") and Alternative Service Order [DOCKET NOS. 23, 27] and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, PLAINTIFF has provided a basis to conclude that Defendants

have affirmatively targeted sales to Illinois residents by setting up and operating e-commerce store(s) that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and affirmatively offer to sell and ship products using infringing versions of PLAINTIFF's federally registered copyrights (the "PLAINTIFF Copyrights") to residents of Illinois. In this case, PLAINTIFF has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and likely do purchase products using infringing versions of the PLAINTIFF Copyrights. *See* Docket Nos. [11-14], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to sell and ship its infringing goods to customers in Illinois bearing infringing versions of the PLAINTIFF Copyrights.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of PLAINTIFF's previously granted Motion for Entry of a TRO establishes that PLAINTIFF has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that PLAINTIFF will suffer irreparable harm if the injunction is not granted.

Specifically, PLAINTIFF has proved a *prima facie* case of copyright infringement. Furthermore, Defendants' continued and unauthorized use of the PLAINTIFF Copyrights irreparably harms PLAINTIFF through diminished goodwill and brand confidence, damage to PLAINTIFF's creative content and reputation, loss of exclusivity, and loss of future sales.

2

Monetary damages fail to address such damage and, therefore, PLAINTIFF has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1.  Defendants as detailed in Schedule A hereto, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a.  using the PLAINTIFF Copyrights or any reproductions, infringing or derivative copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine PLAINTIFF product or not authorized by PLAINTIFF to be sold in connection with the PLAINTIFF Copyrights;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine PLAINTIFF product or any other product produced by PLAINTIFF, that is not PLAINTIFF's or not produced under the authorization, control, or supervision of PLAINTIFF and approved by PLAINTIFF for sale under the PLAINTIFF Copyrights;

    c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of PLAINTIFF, or are sponsored by, approved by, or otherwise connected with PLAINTIFF; and

    d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner,

3

products or inventory not manufactured by or for PLAINTIFF, nor authorized by PLAINTIFF to be sold or offered for sale, and which bear PLAINTIFF Copyrights, or any reproductions, infringing copies, or colorable imitations.

2. Defendants as detailed in Schedule A hereto shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon PLAINTIFF's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants as detailed in Schedule A hereto, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., Temu, Stripe, Walmart, AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within fourteen (14) calendar days after receipt of such notice, provide to PLAINTIFF expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' complete sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Stripe, Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon PLAINTIFF's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods using the PLAINTIFF Copyrights.

6. Any Third Party Providers, including PayPal, Alipay, Stripe, Temu, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants as detailed in Schedule A hereto, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Plaintiff's Pleading(s) [DOCKET NOS. 10-15] and the TRO [DOCKET NO. 27] are unsealed.

8. Any Defendant that is subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9. The $200,000.00 bond posted by PLAINTIFF shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Dated: February 24, 2026

SO ORDERED.

Mary M. Rowland

_____
Mary M. Rowland
United States District Judge

**Schedule A**

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 2 | Amazon | XINGMISM-USC | A12IIZ8P8QFXN | B0F94746M9 | VA 2-450-964 VA 2-450-965 |
| 3 | Amazon | WEIOO | A1325I5NZSXDZY | B0FBR67YDB | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBR69HM9 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBR79F3R | VA 2-450-964 VA 2-450-965 |
| 4 | Amazon | Rainfox | A13CDK8M0PY9FG | B0FH48NB3R | VA 2-450-964 VA 2-450-965 |
| 5 | Amazon | HUIBAIJIA | A13EZHBQ22XTS1 | B0F9V7YR66 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9V7X1RV | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9V7BKN7 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9V5RMN3 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9V81H38 | VA 2-450-964 VA 2-450-965 |
| 6 | Amazon | ZHAIS | A13HY9BKFNXLYY | B0F9YPLBQS | VA 2-450-964 |
| 7 | Amazon | lliyongxuan | A141BTAJB4CZ4R | B0F9X9YX5G | VA 2-450-964 VA 2-450-965 |
| 8 | Amazon | xuan yu shop | A15RP2M8Q847YP | B0FBL1WVB7 | VA 2-450-964 |
| | | | | B0FBL2GZ81 | VA 2-450-964 |
| | | | | B0FBL3L1KS | VA 2-450-964 |
| 9 | Amazon | MENGHUANFANGDICHAN | A16T2J1XMW1S4V | B0F8V9BTH5 | VA 2-450-964 VA 2-450-965 |
| 10 | Amazon | Giznity | A17E3XBZ3OG0NI | B0FC2WQBL2 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHQPM1SR | VA 2-450-964 VA 2-450-965 |
| 11 | Amazon | xinhaoyixinxizixunfuwu | A17H1K4VCX63LN | B0FB953G1D | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB95YNRD | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB978VNN | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB98DMBH | VA 2-450-964 VA 2-450-965 |
| 12 | Amazon | HDUSKI | A18C5GCN054UHN | B0FDKBLQCX | VA 2-450-964 VA 2-450-965 |
| | | | | B0FDKFV2ND | VA 2-450-964 VA 2-450-965 |
| | | | | B0FDKFWCTW | VA 2-450-964 |

| | | | | | VA 2-450-965 |
|---|---|---|---|---|---|
| 13 | Amazon | Hotite | A198KIL6095G82 | B0F9VHZ46V | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9VJ679X | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9VJ1J76 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9VGLZW4 | VA 2-450-964 VA 2-450-965 |
| 14 | Amazon | SkiPdrDa | A1A7HR4MA3UABS | B0F9KHJVWS | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9KNG3M4 | VA 2-450-964 VA 2-450-965 |
| 15 | Amazon | XUYANGTING-USE | A1BBRY2BCZBKS1 | B0F943FV7K | VA 2-450-964 VA 2-450-965 |
| 16 | Amazon | WYXHFF | A1D56R7OBA62RX | B0F9P7QG52 | VA 2-450-964 VA 2-450-965 |
| 17 | Amazon | Bagel. | A1E9PNC5S7T7ZH | B0FCXXFN2J | VA 2-450-964 VA 2-450-965 |
| 18 | Amazon | pingjiastore | A1EEA0IT9NWFES | B0FBB9W5VM | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBB2WWHJ | VA 2-450-964 VA 2-450-965 |
| 19 | Amazon | CQShangmou | A1G14GV4SU7XXS | B0F9423SJT | VA 2-450-964 VA 2-450-965 |
| | | | | B0F942Z5Q2 | VA 2-450-964 VA 2-450-965 |
| 20 | Amazon | anhuinantangwenhuachuanmeiyouxiangongsi | A1GXY8AWMSPQLP | B0F9P2CLDT | VA 2-450-964 VA 2-450-965 |
| 22 | Amazon | wuazhou | A1MMFQXOKUKJ9J | B0FDFFX45L | VA 2-450-964 VA 2-450-965 |
| 23 | Amazon | BISHENG STORE | A1N8E5XVCROBN9 | B0FCS58KVC | VA 2-450-964 VA 2-450-965 |
| | | | | B0FCS574M1 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FCS4RTGD | VA 2-450-964 VA 2-450-965 |
| | | | | B0FCS3Z38K | VA 2-450-964 VA 2-450-965 |
| | | | | B0FCS5W9LJ | VA 2-450-964 VA 2-450-965 |
| 24 | Amazon | wangxinrui store | A1P0BP1TGB8N66 | B0F9P5CFZG | VA 2-450-964 |
| 25 | Amazon | WE Road shop | A1QIOE4WZUQW1A | B0F8W466YZ | VA 2-450-964 VA 2-450-965 |
| 26 | Amazon | XINGFUXIANGHUAERYIYANG | A1SJTK1RAQKJV6 | B0F8VBYLTV | VA 2-450-964 VA 2-450-965 |
| 27 | Amazon | iKanzi-US | A1SKKTR9WK4K4T | B0F8VY5SQY | VA 2-450-964 VA 2-450-965 |

| | | | | |
|---|---|---|---|---|
| 28 | Amazon | GBUMJ Delivery 7-14 Days | A1SVD8Q09G9UKP | B0F998BC37 — VA 2-450-964 / VA 2-450-965 |
| | | | | B0F99CJGCS — VA 2-450-964 / VA 2-450-965 |
| 29 | Amazon | bloomylog | A1T0K2QWJ4SRM4 | B0F9F63PB8 — VA 2-450-964 / VA 2-450-965 |
| 30 | Amazon | sanyuanqujingzhou wangluokejiyouxiangongsi | A1T844ZEJBTKB1 | B0F9Y86RB1 — VA 2-450-964 |
| 31 | Amazon | baojidujiaoshou | A1UI1XQG9APRFE | B0F8VK7YPJ — VA 2-450-964 / VA 2-450-965 |
| | | | | B0F8VP2FL6 — VA 2-450-964 / VA 2-450-965 |
| | | | | B0F8Z814YZ — VA 2-450-964 / VA 2-450-965 |
| | | | | B0F8Z85KNG — VA 2-450-964 / VA 2-450-965 |
| | | | | B0F8Z99V5P — VA 2-450-964 / VA 2-450-965 |
| 32 | Amazon | WangDeShi LLC | A1UMJIBM4E6BZD | B0F9HYLYSB — VA 2-450-964 / VA 2-450-965 |
| | | | | B0F9HQB3PB — VA 2-450-964 / VA 2-450-965 |
| | | | | B0F9H7LP44 — VA 2-450-964 / VA 2-450-965 |
| | | | | B0F9HHH3XY — VA 2-450-964 / VA 2-450-965 |
| | | | | B0F9HFP6H2 — VA 2-450-964 / VA 2-450-965 |
| 33 | Amazon | YWCXSH | A1UT21QOENNSDZ | B0F98MJ1RR — VA 2-450-964 / VA 2-450-965 |
| 35 | Amazon | Queather/7-15day to arrive storefront | A1Z37UHI1Q1DTO | B0F8V47P7S — VA 2-450-964 / VA 2-450-965 |
| 36 | Amazon | YanQingShop | A1Z3RHKFU973OY | B0FDGFNLM4 — VA 2-450-964 / VA 2-450-965 |
| | | | | B0FDGFCLW8 — VA 2-450-964 / VA 2-450-965 |
| | | | | B0FDGDT1SF — VA 2-450-964 / VA 2-450-965 |
| | | | | B0FDGCQQYY — VA 2-450-964 / VA 2-450-965 |
| | | | | B0FDGCQGH8 — VA 2-450-964 / VA 2-450-965 |
| | | | | B0FDGCP7HH — VA 2-450-964 / VA 2-450-965 |
| | | | | B0FDGC6KNY — VA 2-450-964 / VA 2-450-965 |
| | | | | B0FDGDPWCH — VA 2-450-964 / VA 2-450-965 |

| 37 | Amazon | MakingBank | A1ZNAP0BPS7879 | B0F9WN2W1D | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| 39 | Amazon | wuyan store | A2306168IUQILS | B0FB3KYFQ2 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB3L1FXN | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB3KSM69 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB3LRSCT | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB3N5RNK | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB3KWT69 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB3LRWP6 | VA 2-450-964 VA 2-450-965 |
| 40 | Amazon | XiangDaoFengLouCunLuKou | A25AY6883EEVON | B0F995TC9R | VA 2-450-964 VA 2-450-965 |
| 41 | Amazon | GongYeDaXueKeJiYua | A25DALBO5HODZ | B0F8VCGS63 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F8VBY127 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F8VD8NYF | VA 2-450-964 VA 2-450-965 |
| 42 | Amazon | wanrongxiandingfanjunshengyiguopingouxiaozhuanyehezuoshe | A25MHFZ4DHT6LT | B0F9SZK12Y | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHPJ483D | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9T3H4SK | VA 2-450-964 VA 2-450-965 |
| 43 | Amazon | GAOSHENGDIANZI | A25RFJQQUVT9W0 | B0FC1MYPVN | VA 2-450-964 VA 2-450-965 |
| 44 | Amazon | gjdhezwf | A25UW9RIY4KYWJ | B0FBGD7N4B | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBGB6HYT | VA 2-450-964 VA 2-450-965 |
| 45 | Amazon | Dinblex | A26FTW3AQ5RQ6T | B0FB95NHR3 | VA 2-450-964 VA 2-450-965 |
| 47 | Amazon | chaoshengyuan658 | A27LYZGGL1R93U | B0F9STL2PP | VA 2-450-964 VA 2-450-965 |
| 48 | Amazon | LUFAN-US | A283OR9RNJLVXG | B0F8VQBG8Z | VA 2-450-964 VA 2-450-965 |
| 49 | Amazon | zhengzhoubeianouwangluokejiyouxiangongsi | A28C872SP9HYU6 | B0FHXPNPDY | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHXPQ22P | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHXT7NS8 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHXTBC4R | VA 2-450-964 VA 2-450-965 |

10

| | | | | B0FHY28GRZ | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| | | | | B0FHXP9NJB | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHXKBT39 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FHXH9NS5 | VA 2-450-964 VA 2-450-965 |
| 50 | Amazon | CritterCare Store | A28KCI2102T5I3 | B0F9FK6NK7 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9FKTTVD | VA 2-450-964 VA 2-450-965 |
| 51 | Amazon | yaokuo | A28TDNHNZK77IW | B0FB9539VC | VA 2-450-964 VA 2-450-965 |
| 53 | Amazon | LANQINGKJ | A2AKJ63Y57GTTX | B0FBRKD98L | VA 2-450-964 VA 2-450-965 |
| 54 | Amazon | QianYiHC | A2BXPXMIJP23YU | B0F9WXNS7Y | VA 2-450-964 VA 2-450-965 |
| 55 | Amazon | quyangxianyoutuo | A2CY570LS8CTKB | B0F99NY8B8 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F99NZ366 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F99WP6VW | VA 2-450-964 VA 2-450-965 |
| 56 | Amazon | HongTuShop | A2E6AE51TV7Z8X | B0FBGZFMPW | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBH75TW8 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBH28WH2 | VA 2-450-964 VA 2-450-965 |
| 57 | Amazon | FuYouYou | A2ENU92T8RSQDC | B0F9YGWJZQ | VA 2-450-964 VA 2-450-965 |
| 58 | Amazon | VENTIGA | A2ESD52QFLORO2 | B0F9WS3RW3 | VA 2-450-964 VA 2-450-965 |
| 59 | Amazon | ming yong | A2HEHFHOANKPN8 | B0F9KN71DP | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9JRLLWW | VA 2-450-964 VA 2-450-965 |
| 60 | Amazon | kunyidianshang | A2HG3H4SNJCACM | B0FBLSYYZX | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBLSYYP9 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBLQCGCQ | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBLSGVLQ | VA 2-450-964 VA 2-450-965 |
| 61 | Amazon | WXYCNHR | A2I1YDKL84N1FX | B0F94L7X1L | VA 2-450-964 VA 2-450-965 |
| 62 | Amazon | | A2J8T6EM4WC1JT | B0FG29S8BJ | VA 2-450-964 VA 2-450-965 |

11

| | | | | B0FG29638H | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| | | hongdongxianjiaxu ndianqifuwuyouxia ngongsi | | | |
| 63 | Amazon | XUJINGSHOP | A2K2DP5VOJ2RJ C | B0F9PDC688 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9PC7F5J | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9FFBMXC | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9P9TMVD | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9PHB12C | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9W7GC4K | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9W83KNC | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9W886QQ | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9W8TTTC | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9KWWS27 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9PBBV1J | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9KM8JBR | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9PC429B | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9W9LP4W | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9FG56YR | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9KKLX58 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9J5G58S | VA 2-450-964 VA 2-450-965 |
| 64 | Amazon | ZhouKouChenRuiS hangMaoYouXian GongSi | A2LB1V8WWFF WZX | B0FB46HPXY | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB472QV6 | VA 2-450-964 VA 2-450-965 |
| 65 | Amazon | kunzhushangmao | A2LRAMSELAXY O4 | B0F99RG4VG | VA 2-450-964 VA 2-450-965 |
| 66 | Amazon | booboom | A2M76QTQZAHB RY | B0F9FKYGN8 | VA 2-450-964 VA 2-450-965 |
| 67 | Amazon | Kepavo | A2MIKPER4RI9RJ | B0F8VDHCWB | VA 2-450-964 VA 2-450-965 |
| 68 | Amazon | Practical Store | A2NTV2VZS5Q2 MG | B0FDGQ865S | VA 2-450-964 VA 2-450-965 |
| | | | | B0FDGP5W5R | VA 2-450-964 |

| | | | | VA 2-450-965 |
|---|---|---|---|---|
| 69 | Amazon | WuHanShiGuWuXingYuanJiuDianZiShangWuYouXianGongSi | A2NXD706KYMJLI | B0F944HRB3 | VA 2-450-964<br>VA 2-450-965 |
| 70 | Amazon | Xp-US | A2OGN7WG1KVDJO | B0FB8MG9Z2 | VA 2-450-964<br>VA 2-450-965 |
| 71 | Amazon | TAOSMAO | A2Q7G5U0NDWIFB | B0F9PFR3L3 | VA 2-450-964 |
| 72 | Amazon | MY STOEA | A2RNPFY9QFJ12A | B0F9YD521F | VA 2-450-964<br>VA 2-450-965 |
| 73 | Amazon | HappyPlace For You | A2S7GZUD1GMSNI | B0F91YDJXZ | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F91Z987T | VA 2-450-964<br>VA 2-450-965 |
| 74 | Amazon | smartsungirl | A2SK51OEHJ09DR | B0F8VM4Q5Q | VA 2-450-964<br>VA 2-450-965 |
| 75 | Amazon | nocmosi | A2TSB0M6RY6G53 | B0F91H6VSG | VA 2-450-964<br>VA 2-450-965 |
| 76 | Amazon | Qiiwe | A2V18W5LX45QQV | B0FDW1VGYH | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FDVHBC9F | VA 2-450-964<br>VA 2-450-965 |
| 77 | Amazon | ZHANGLIANGQICHEMAOYI | A2VZEHAKS43RVI | B0F8VJZ2P9 | VA 2-450-964<br>VA 2-450-965 |
| 78 | Amazon | TieLuYingCun | A2WGSAU7PAY0YH | B0F8VV9NG1 | VA 2-450-964<br>VA 2-450-965 |
| 79 | Amazon | MFCMF | A2XS44VFTM8X3B | B0FF25SS6H | VA 2-450-964<br>VA 2-450-965 |
| 80 | Amazon | XMD Co., Ltd. | A2XVAVJLNNPLUQ | B0FC2BWYFB | VA 2-450-964 |
| 81 | Amazon | Ronghui168 | A2YG770UPSHH9V | B0FBFVPL4W | VA 2-450-964 |
| | | | | B0FBG7HRXW | VA 2-450-964 |
| 82 | Amazon | Zcayi® | A2YIFGA6VUN38I | B0F8WRJ6DQ | VA 2-450-964<br>VA 2-450-965 |
| 83 | Amazon | Zhangfeng Department Store0011 | A2YTU74PA3VC9Y | B0FB8Y72KQ | VA 2-450-964<br>VA 2-450-965 |
| 84 | Amazon | Mfxalx | A2Z7HI6G6TCYSY | B0F98RV49K | VA 2-450-964<br>VA 2-450-965 |
| 85 | Amazon | changmingdajiejiaochakou | A30K749RFZAYCV | B0F8ZLMTTR | VA 2-450-964<br>VA 2-450-965 |
| 87 | Amazon | 郑倩商贸有限公司 | A329OCEH0SBPJC | B0F9SYF6HN | VA 2-450-964<br>VA 2-450-965 |
| 88 | Amazon | tumengshop | A32AM9UH491CAD | B0F9PVGP9V | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9PTWGF5 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0F9PYKGXB | VA 2-450-964<br>VA 2-450-965 |

| | | | | B0F9T916ZZ | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| | | | | B0F9T7BSGM | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9T56N6D | VA 2-450-964 VA 2-450-965 |
| 89 | Amazon | asukemi-US (7-15 Delivery) | A34KPONB6CZFCH | B0F8VCQQRJ | VA 2-450-964 VA 2-450-965 |
| 90 | Amazon | Grdsax-US | A34NRI1RB9KDY4 | B0F8ZVX1DH | VA 2-450-964 VA 2-450-965 |
| | | | | B0F8ZQPJVM | VA 2-450-964 VA 2-450-965 |
| | | | | B0F8Z7L63R | VA 2-450-964 VA 2-450-965 |
| 91 | Amazon | CYGunGun999 | A34Z4JJQBV9P9N | B0F9Y77L78 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9Y3Z7R6 | VA 2-450-964 VA 2-450-965 |
| 92 | Amazon | WeiYuanJianZhu | A370DKDH38GCBA | B0F8VP89TZ | VA 2-450-964 VA 2-450-965 |
| 93 | Amazon | jokeban | A3948QOAOZC3V2 | B0F93XFG3J | VA 2-450-964 VA 2-450-965 |
| 94 | Amazon | CONNYAM Handicrafts | A398L0LNRXVVMT | B0F9TGDQBZ | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9TGF6SY | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9TGFTV6 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9TKTHPV | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9TL1V3K | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9TN9MK5 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9WY7M8S | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9WZSQ4B | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9WZXTL9 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9X18CFS | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9X1GQFH | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9X1JRFD | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9X359QC | VA 2-450-964 VA 2-450-965 |
| 95 | Amazon | hwudewt (Delivery in 7-14 days) | A39KY5RSZSBTVT | B0F8VTDRVL | VA 2-450-964 VA 2-450-965 |

| | | | | |
|---|---|---|---|---|
| 96 | Amazon | HEXINGXIN ART SHOP | A39MOPNGSS96WC | B0FBG8V5FB | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBG8RJ17 | VA 2-450-964 VA 2-450-965 |
| 97 | Amazon | Guangzhouweixinshangmaoyouxiangongsi | A39SE34S3AOMKW | B0FF9JLTT9 | VA 2-450-964 VA 2-450-965 |
| 98 | Amazon | MeiXiangYiShang | A3A0CY5SQ3W3MG | B0F8VJFCRW | VA 2-450-964 VA 2-450-965 |
| 99 | Amazon | WeiGiftWare | A3A3FYTWJIWJ8J | B0FJXK1ZDH | VA 2-450-964 VA 2-450-965 |
| | | | | B0FJXF7BPW | VA 2-450-964 VA 2-450-965 |
| | | | | B0FJXDWCT2 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FJXD6XQK | VA 2-450-964 VA 2-450-965 |
| | | | | B0FJXB3XDB | VA 2-450-964 VA 2-450-965 |
| | | | | B0FJX85X9Q | VA 2-450-964 VA 2-450-965 |
| | | | | B0FJX2Y4DR | VA 2-450-964 VA 2-450-965 |
| 100 | Amazon | Lovecomb Life | A3BIALYCTIFUX2 | B0F9YC3GD8 | VA 2-450-964 VA 2-450-965 |
| 101 | Amazon | IZIVE Mall | A3CL0HEL3CNSVA | B0F9X1GV3W | VA 2-450-964 VA 2-450-965 |
| 102 | Amazon | zhangqiangshangmao | A3CWIT40VK891F | B0F9PDLNQP | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9PH9N6C | VA 2-450-964 VA 2-450-965 |
| 104 | Amazon | ENMU | A3GD7U4QWUTWRF | B0FC2DMY7Y | VA 2-450-964 VA 2-450-965 |
| | | | | B0FC2FRHGL | VA 2-450-964 VA 2-450-965 |
| | | | | B0FC2GXTB8 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FC2GXTB9 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FC2CY5L3 | VA 2-450-964 VA 2-450-965 |
| 105 | Amazon | wanjisen | A3IBT42U2PS6OK | B0F99KDSRB | VA 2-450-964 VA 2-450-965 |
| 106 | Amazon | KuaMing shop | A3J5RMEL1EFUOW | B0FB3S4VSY | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB3QNTR5 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FB3PSS4Q | VA 2-450-964 VA 2-450-965 |
| 107 | Amazon | FL 7-14 delivers | | B0FB9BJD4W | VA 2-450-964 |

| | | | | VA 2-450-965 |
|---|---|---|---|---|
| | | A3JCOGIOHM6IQC | B0FB9B8RNZ | VA 2-450-964 VA 2-450-965 |
| | | | B0FB99PLJP | VA 2-450-964 VA 2-450-965 |
| | | | B0FB9CR4HL | VA 2-450-964 VA 2-450-965 |
| | | | B0FB99LSWK | VA 2-450-964 VA 2-450-965 |
| 108 | Amazon | TFSUDI | A3KE30QZMJ2QEY | B0F9DR45BW | VA 2-450-964 VA 2-450-965 |
| 109 | Amazon | linjinlon | A3KU1B5B2TIWYJ | B0FB3NTKPR | VA 2-450-964 VA 2-450-965 |
| 110 | Amazon | yilexinxiKJ | A3L6B74639YPW9 | B0F9P11DHM | VA 2-450-964 |
| 111 | Amazon | shengguangde | A3L8A2JMC10XAL | B0FGW9SZ4H | VA 2-450-964 VA 2-450-965 |
| 112 | Amazon | haichuankeji | A3LJGZ4FDTXQ0V | B0F9992GG8 | VA 2-450-964 VA 2-450-965 |
| 113 | Amazon | Spoild | A3M6P1JU28WKTZ | B0F8TW7ZCF | VA 2-450-964 VA 2-450-965 |
| 114 | Amazon | OHMY Store | A3O733MD1WHV1K | B0FBV6TPVS | VA 2-450-965 |
| 115 | Amazon | viapulsif | A3QHG8WQ5P4J5Q | B0F9WT6936 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9WVZX5W | VA 2-450-964 VA 2-450-965 |
| | | | | B0FLDBC3TZ | VA 2-450-964 VA 2-450-965 |
| 116 | Amazon | hanyushangm | A3QQOTT0NU3QTE | B0F99DFVMD | VA 2-450-964 VA 2-450-965 |
| 117 | Amazon | Wyq457 | A3RK9J6Y1C16D5 | B0FCYCT7R8 | VA 2-450-964 VA 2-450-965 |
| 118 | Amazon | xibeipianbei | A3S1Z9R8ZALUOU | B0F9YL8LLP | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9YJBXX9 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9YMYMRT | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9YLCQXQ | VA 2-450-964 VA 2-450-965 |
| 119 | Amazon | lijiafeng铭典 | A3SEJTTDLU8EU7 | B0F9W4986D | VA 2-450-964 VA 2-450-965 |
| 120 | Amazon | TuoKaiJianZhuZhuangShi | A3UHWQWLC0ZOKW | B0F98B22TJ | VA 2-450-964 VA 2-450-965 |
| | | | | B0F98YJ6M7 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F98B72RY | VA 2-450-964 VA 2-450-965 |

16

| | | | | |
|---|---|---|---|---|
| 121 | Amazon | DAFANSHU | A3VV6GB42C31LY | VA 2-450-964 VA 2-450-965 |
| 122 | Amazon | XinXinLongChengJian | A4582EZ0DEEW2 | VA 2-450-964 VA 2-450-965 |
| 123 | Amazon | Viva Astro | A6578JD9M5WMS | VA 2-450-964 VA 2-450-965 |
| 124 | Amazon | WeiiRongLe | A6ITDSLH9468K | B0FBW78JY7 — VA 2-450-964 VA 2-450-965 |
| | | | | B0FBWQ5NR8 — VA 2-450-964 VA 2-450-965 |
| | | | | B0FBWQJ8TJ — VA 2-450-964 VA 2-450-965 |
| | | | | B0FBWGTPRZ — VA 2-450-964 VA 2-450-965 |
| | | | | B0FBWH1232 — VA 2-450-964 VA 2-450-965 |
| | | | | B0FBWTJYH2 — VA 2-450-964 VA 2-450-965 |
| | | | | B0FBVR8Y4L — VA 2-450-964 VA 2-450-965 |
| 126 | Amazon | SAN DOQUOCTUAN | A7P499E79C91S | B0F9PWQBJJ — VA 2-450-964 VA 2-450-965 |
| | | | | B0F9PWHK1Z — VA 2-450-964 VA 2-450-965 |
| | | | | B0F9PVZ19B — VA 2-450-964 VA 2-450-965 |
| | | | | B0F9PZN7WS — VA 2-450-964 VA 2-450-965 |
| 127 | Amazon | HANYURU | A8B9TXEEBPY3Q | B0F9FXR1M9 — VA 2-450-964 VA 2-450-965 |
| 129 | Amazon | Happy Warrior Zihaoya | AAPXIMT62NE70 | B0F99867Y7 — VA 2-450-964 VA 2-450-965 |
| | | | | B0F99692TC — VA 2-450-964 VA 2-450-965 |
| 130 | Amazon | lkruoeDD | ABL6I88U4324N | B0F9WTXS25 — VA 2-450-964 VA 2-450-965 |
| | | | | B0F9WVS645 — VA 2-450-964 VA 2-450-965 |
| 131 | Amazon | HWHIEUAIK-US | ABPY1MOVEC1K4 | B0F9F11QYD — VA 2-450-964 VA 2-450-965 |
| 132 | Amazon | XuK | ACTUP193D168S | B0FB3LNG4K — VA 2-450-964 |
| 133 | Amazon | InKee | ACZF48NTIK6LF | B0FFMX9VWB — VA 2-450-964 VA 2-450-965 |
| | | | | B0FFMX5KJF — VA 2-450-964 VA 2-450-965 |
| 135 | Amazon | xiuqiaomaoyiyou | AFZOKXW6YYWAA | B0F9ZX12KL — VA 2-450-964 VA 2-450-965 |
| 136 | Amazon | dongpingfushi | AIRTBSF9I0U40 | B0FB9GXQCW — VA 2-450-964 VA 2-450-965 |

17

| 137 | Amazon | CAIXUE (Delivery 7 - 10 Days) | AJZF1ZU6BXK0B | B0F8VNTZN6 | VA 2-450-964 VA 2-450-965 |
|---|---|---|---|---|---|
| 139 | Amazon | MiChengHuaZhuang | AK5NMRTUWMUY1 | B0F9XZLXGB | VA 2-450-964 VA 2-450-965 |
| | | | | B0FH68B51Z | VA 2-450-964 VA 2-450-965 |
| 141 | Amazon | PanMedTech Store | AMN9P3BP56ULL | B0FBVTM29M | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBW7QPF5 | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBW3N5GL | VA 2-450-964 VA 2-450-965 |
| | | | | B0FBVX62K9 | VA 2-450-964 VA 2-450-965 |
| 142 | Amazon | YaG | AMOEUH59U5AG4 | B0F9VDNR6R | VA 2-450-964 VA 2-450-965 |
| 143 | Amazon | Ryuuom | AMYBQXHUFV9BL | B0F8VNYVMF | VA 2-450-964 VA 2-450-965 |
| 144 | Amazon | anshizhijianke | ANHJTHH34IBSI | B0F8VVQ1X2 | VA 2-450-964 VA 2-450-965 |
| 145 | Amazon | zhuhaibole | AOB4J5PJN1KNW | B0F9FMFXWF | VA 2-450-964 VA 2-450-965 |
| 146 | Amazon | dongguanliancuidianzikejiyouxiangongsi | AOZPI1MPVJXOH | B0F9FDGTV2 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9FC5KB1 | VA 2-450-964 VA 2-450-965 |
| 147 | Amazon | kaaka | AQ7X6OKLSWPD0 | B0F8VFK75Z | VA 2-450-964 VA 2-450-965 |
| | | | | B0F8VF3YSV | VA 2-450-964 VA 2-450-965 |
| 148 | Amazon | geru bin | AQKHEHOJV78J7 | B0FB921X22 | VA 2-450-964 VA 2-450-965 |
| 149 | Amazon | VLOGCR | AQS1OZS8X45Z8 | B0F9Z1D6Z4 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9YYFQ83 | VA 2-450-964 VA 2-450-965 |
| | | | | B0F9YYCN1F | VA 2-450-964 VA 2-450-965 |
| 151 | Amazon | BO HAOMEI | ASWC0QY7P3YIM | B0F99QXH31 | VA 2-450-964 VA 2-450-965 |
| 152 | Amazon | SHUANGYU01 | AT9NQ91N9EEO3 | B0FD3ZTBTD | VA 2-450-964 VA 2-450-965 |
| 153 | Amazon | zhengzhoujinyundianzishangwuyouxiangongsi | AWL2KZEKSNNRO | B0FD7G64SX | VA 2-450-964 VA 2-450-965 |
| | | | | B0FD7GZRWT | VA 2-450-964 VA 2-450-965 |
| | | | | B0FD7GMPBS | VA 2-450-964 VA 2-450-965 |
| | | | | B0FD7GGZTW | VA 2-450-964 VA 2-450-965 |

| | | | | |
|---|---|---|---|---|
| 154 | Amazon | Caoqiangser | AY4966661FO2F | B0F9FFBPN6 — VA 2-450-964 / VA 2-450-965 |
| | | | | B0F9FH2PXQ — VA 2-450-964 / VA 2-450-965 |
| 156 | Other | Civaro | civaroco.com | caddy-clip — VA 2-450-964 / VA 2-450-965 |
| 157 | Temu | Clodrain | 2958232711220 | 601101317140608 — VA 2-450-964 / VA 2-450-965 |
| 158 | Temu | Yecl | 634418212010262 | 601101497125532 — VA 2-450-964 / VA 2-450-965 |
| 159 | Temu | OutfitFan | 634418212458246 | 601101321692758 — VA 2-450-965 |
| 160 | Temu | SHUMTHREE | 634418212965924 | 601101003982970 — VA 2-450-964 / VA 2-450-965 |
| 161 | Temu | XUM | 634418213484950 | 601101094864560 — VA 2-450-964 / VA 2-450-965 |
| 162 | Temu | SyunTwo | 634418213826077 | 601101025478368 — VA 2-450-964 / VA 2-450-965 |
| 163 | Temu | Magical ZMY | 634418213919835 | 601100981989403 — VA 2-450-964 / VA 2-450-965 |
| 164 | Temu | A Tu Up Shop | 634418214797881 | 601101331065141 — VA 2-450-964 / VA 2-450-965 |
| 165 | Temu | YayCart | 634418215561441 | 601101717961419 — VA 2-450-964 / VA 2-450-965 |
| 166 | Temu | Chosen Son ZZY | 634418215970286 | 601101120943049 — VA 2-450-964 / VA 2-450-965 |
| 167 | Temu | Maryage local | 634418216079178 | 601101983685564 — VA 2-450-964 / VA 2-450-965 |
| 168 | Temu | Happy Cloudy | 634418216445998 | 601101866163593 — VA 2-450-964 / VA 2-450-965 |
| 169 | Temu | Lucky Cat K | 634418216475483 | 601101148578245 — VA 2-450-964 / VA 2-450-965 |
| 170 | Temu | Ultra Luck | 634418216526011 | 601101866501609 — VA 2-450-964 / VA 2-450-965 |
| 171 | Temu | SSKY LCY | 634418216598859 | 601101135385967 — VA 2-450-964 / VA 2-450-965 |
| 172 | Temu | FashionClubsXIX | 634418217135727 | 601101410215844 — VA 2-450-964 / VA 2-450-965 |
| 173 | Temu | ThePickedGoods | 634418217908867 | 601101579703432 — VA 2-450-964 / VA 2-450-965 |
| 174 | Temu | JOYPIC | 634418217953819 | 601101848136613 — VA 2-450-964 / VA 2-450-965 |
| 175 | Temu | MKYOOL | 634418218102203 | 601101256895784 — VA 2-450-964 / VA 2-450-965 |
| 176 | Temu | JCNYZ | 634418218159265 | 601101374056910 — VA 2-450-964 / VA 2-450-965 |
| 177 | Temu | Very Helpful Products | 634418218434952 | 601101866860550 — VA 2-450-964 / VA 2-450-965 |
| 178 | Temu | LocalGoodHousehold | 634418219365603 | 601101735548213 — VA 2-450-964 / VA 2-450-965 |
| 179 | Temu | Jielier | 634418219781614 | 601101645385863 — VA 2-450-964 |

19

| | | | | | VA 2-450-965 |
|---|---|---|---|---|---|
| 180 | Temu | LocalTrendyGoods | 634418220067005 | 601101645665323 | VA 2-450-964 VA 2-450-965 |
| 181 | Temu | HKHUIAN | 634418220188535 | 601101546720962 | VA 2-450-964 VA 2-450-965 |
| 182 | Temu | MUMU Goods | 634418220817123 | 601101645246089 | VA 2-450-964 VA 2-450-965 |
| 183 | Temu | LttTrendyGoods | 634418220896164 | 601101647827694 | VA 2-450-964 VA 2-450-965 |
| 184 | Temu | BreezyPick | 634418221242553 | 601101544840744 | VA 2-450-964 VA 2-450-965 |
| 185 | Temu | EZCart | 634418221244358 | 601101388275101 | VA 2-450-964 VA 2-450-965 |
| 186 | Temu | PeakBox | 634418221244375 | 601101389020854 | VA 2-450-964 VA 2-450-965 |
| | | | | 601101552106869 | VA 2-450-964 VA 2-450-965 |
| 187 | Temu | New Helpful | 634418222263032 | 601101866085249 | VA 2-450-964 VA 2-450-965 |
| 188 | Temu | SmileCart | 634418222426887 | 601101388722652 | VA 2-450-964 VA 2-450-965 |
| | | | | 601101667579029 | VA 2-450-964 VA 2-450-965 |
| 189 | Temu | VivaPick | 634418222427403 | 601101390089572 | VA 2-450-964 VA 2-450-965 |
| 190 | Temu | Lunoko | 634418223046403 | 601101438800558 | VA 2-450-964 VA 2-450-965 |
| 191 | Temu | ZentoBox | 634418223048133 | 601101557372249 | VA 2-450-964 VA 2-450-965 |
| 192 | Temu | JQ Global Shop | 634418223597313 | 601101358302653 | VA 2-450-964 VA 2-450-965 |
| 193 | Temu | dgsix Home | 634418223742432 | 601101612620330 | VA 2-450-964 VA 2-450-965 |
| 194 | Temu | Keep progressing | 634418223825007 | 601102160112232 | VA 2-450-964 VA 2-450-965 |
| | | | | 601101866596410 | VA 2-450-964 VA 2-450-965 |
| 195 | Temu | Corner Crate | 634418223960739 | 601101540752454 | VA 2-450-964 VA 2-450-965 |
| 196 | Temu | HC Picks | 634418224050786 | 601101472476058 | VA 2-450-964 VA 2-450-965 |
| 197 | Temu | bantuoxiaoshangpin | 634418224308183 | 601101752168663 | VA 2-450-964 VA 2-450-965 |
| 198 | Temu | Very Hopeful Shop | 634418224370073 | 601102159874464 | VA 2-450-964 VA 2-450-965 |
| | | | | 601101866496627 | VA 2-450-964 VA 2-450-965 |
| | | | | 601102160247373 | VA 2-450-964 VA 2-450-965 |
| 199 | Temu | Hapzio | 634418224444497 | 601101716499957 | VA 2-450-964 |

| | | | | | VA 2-450-965 |
|---|---|---|---|---|---|
| | | | | 601101871265598 | VA 2-450-964<br>VA 2-450-965 |
| 200 | Temu | BrightWay Shop | 634418224576958 | 601101866134511 | VA 2-450-964<br>VA 2-450-965 |
| | | | | 601102160111271 | VA 2-450-964<br>VA 2-450-965 |

21