IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GIMME GOLF TOOL LLC,<br><br>                      Plaintiff,<br><br>                      v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>                      Defendants. | Civil Action No.: 25-cv-15743<br><br>Honorable Judge Mary M. Rowland<br><br>Magistrate Judge Beth W. Jantz |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff Gimme Golf Tool LLC ("Plaintiff"), through its counsel, moves this Honorable Court to enter Default and to grant Default Judgment against the Individuals, Partnerships, and Unincorporated Associations identified on Schedule A to Plaintiff's Amended Complaint ("Defendants"), who have failed to respond or otherwise plead or have not been dismissed ("Defaulting Defendants"). In support of this Motion, Plaintiff submits the accompanying Memorandum.

DATED February 26, 2026

                                                  Respectfully submitted,

                                                  /s/ Ge (Linda) Lei
                                                  Ge (Linda) Lei
                                                  Getech Law LLC
                                                  203 N. LaSalle St., Suite 2100,
                                                  Chicago, IL 60601
                                                  Attorney No. 6313341
                                                  Linda.lei@getechlaw.com
                                                  312-888-6633
                                                  *ATTORNEY FOR PLAINTIFF*