IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GIMME GOLF TOOL LLC,<br><br>                     Plaintiff,<br><br>               v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>                     Defendants. | Civil Action No.: 25-cv-15743<br><br>Honorable Judge Mary M. Rowland<br><br>Magistrate Judge Beth W. Jantz |

**<u>DECLARATION OF GE (LINDA) LEI</u>**

I, Ge (Linda) Lei, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am an attorney representing Gimme Golf Tool LLC ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

    a. I hereby certify that the Defaulting Defendants (as defined in the accompanying Memorandum) have failed to file an answer or otherwise plead in this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

    b. My office investigated the infringing activities of the Defaulting Defendants, including attempting to identify the owners associated with the Defendant Internet

1

Stores and their contact information. Our investigation confirmed that the Defaulting Defendants are most likely domiciled in a foreign country. As such, I am informed and believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2026 in Chicago, Illinois.

/s/ Ge (Linda) Lei
Ge (Linda) Lei
