IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GIMME GOLF TOOL LLC,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**<br><br>　　　　　　　　　　Defendants. | Civil Action No.: 25-cv-15743<br><br>Honorable Judge Mary M. Rowland<br><br>Magistrate Judge Beth W. Jantz |

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2026, Defendants were served via email at the email address(es) provided by the third parties with the following notice:

"PLEASE TAKE NOTICE that this Court has issued a Preliminary Injunction Order (ECF 54). A copy of the relevant Order (ECF 54) is attached hereto.

PLEASE TAKE NOTICE that Plaintiff, by their counsel, have filed Plaintiff's Motion for Entry of Default and Default Judgment against Defaulting Defendants (ECF 56-57). Copies of the relevant documents are attached hereto.

All relevant documents and Orders can also be found on this publicly available website: https://www.getechlaw.com/items/25-15743.

If you believe that you have been improperly linked to this case or received this email in error, please promptly contact us at..."

I further certify that on February 26, 2026, true and correct copies of this Court's Preliminary Injunction Order (ECF 54), Plaintiff's Motion for Entry of Default and Default Judgment (ECF 56), and Plaintiff's Memorandum in support of Plaintiff's Motion for Entry of

Default and Default Judgment and accompanying document (ECF 57) were served upon Defendants via email at the email address(es) provided by the third parties.

DATED: February 26, 2026          Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*