IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GIMME GOLF TOOL LLC,<br><br>                  Plaintiff,<br><br>     v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>                  Defendants. | Civil Action No.: 25-cv-15743<br><br>Honorable Judge Mary M. Rowland<br><br>Magistrate Judge Beth W. Jantz |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Gimme Golf Tool LLC ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendant(s):

| No. | Marketplace | Merchant Name | Merchant ID |
|---|---|---|---|
| 10 | Amazon | Giznity | A17E3XBZ3OG0NI |
| 14 | Amazon | SkiPdrDa | A1A7HR4MA3UABS |
| 56 | Amazon | HongTuShop | A2E6AE51TV7Z8X |
| 58 | Amazon | VENTIGA | A2ESD52QFLORO2 |
| 71 | Amazon | TAOSMAO | A2Q7G5U0NDWIFB |
| 108 | Amazon | TFSUDI | A3KE30QZMJ2QEY |
| 151 | Amazon | BO HAOMEI | ASWC0QY7P3YIM |
| 164 | Temu | A Tu Up Shop | 634418214797881 |

DATED March 11, 2026                                      Respectfully submitted,

                                                                       /s/ Ge (Linda) Lei

Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*